CO-386-online
10/03

# United States District Court
# For the District of Columbia

DASTECH INTERNATIONAL, INC. )
and DASTECH INDUSTRIES, LTD. )
)
)
                 Plaintiff )     Civil Action No._____
  vs )
ALBERTO GONZALES, et al., )
)
)
                 Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Dastech International, Inc., and Dastech Industries, Ltd.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Dastech International, Inc., and Dastech Industries, Ltd.__ which have any outstanding securities in the hands of the public:

No entities.  Dastech International, Inc. is 50% owned by Robert Kahen and 50% owned by Simone Kahen.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_signature_
Signature

472284
BAR IDENTIFICATION NO.

Amy E. Richardson
Print Name

1200 18th Street, NW, Suite 1200
Address

Washington     DC     20036
City     State     Zip Code

(202)730-1300
Phone Number