UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DASTECH INTERNATIONAL, INC., et al, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIV. NO._____ |
| ) | |
| ALBERTO GONZALES, et al., ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR *PRO HAC VICE* ADMISSION OF MAX KRAVTIZ**

I, Amy E. Richardson, a member of the Bar of this Court, hereby move for *pro hac vice* admission of Max Kravitz, a member of the Bar of Ohio. The attached declaration of Mr. Kravitz sets forth the information required under United States District Court for the District of Columbia Local Rule of Civil Procedure Rule 83.2(d).

Respectfully Submitted,

By: _____
Amy E. Richardson, D.C. Bar #472284
HARRIS, WILTSHIRE & GRANNIS LLP
1200 18th Street, N.W.
Suite 1200
Washington, DC 20036
Phone: (202) 730-1300
Fax:   (202) 730-1301

July 20, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DASTECH INTERNATIONAL, INC., et al., )
                                      )
            Plaintiffs,               )
                                      )
      v.                              )   CIV. NO._____
                                      )
ALBERTO GONZALES, et al.,             )
                                      )
                                      )
            Defendants.               )
                                      )

## APPLICATION FOR ADMISSION PRO HAC VICE: MAX KRAVITZ

I declare under penalty of perjury:

(1) That I have not applied for admission pro hac vice in more than five cases in courts of the district of Columbia this calendar year;

(2) That I am a member in good standing of the highest court of the State of Ohio;

(3) That I have never been disciplined by any court where I have practiced including the state of Ohio and there are no disciplinary complaints pending against me for violation of the rules of any of the courts, including Ohio;

(4) That I have not been suspended or disbarred for disciplinary reasons from practice in any court;

(5) That I am associated with Ms. Amy Richardson, D.C. Bar No. 472284, HARRIS WILTSHIRE, 1200 Eighteenth Street, NW, Washington, DC 20036, (202) 730-1329.

(6) That I do not practice or hold out to practice law in the District of Columbia; and

(7) That I have read all of the rules of the relevant division of the Superior Court of the District of Columbia and the District of Columbia Court of Appeals, and have complied full with the District of Columbia Court of Appeals Rule 49 and, as applicable, Super. Ct. Civ. R. 101.  The reason I am applying for admission pro hac vice are as follows:  Our firm, KRAVITZ, BROWN & DORTCH, LLC, represent a list I chemical importer who has a dispute with the Drug Enforcement Administration and Department of Justice.  The District of Columbia is the most convenient forum for all of the parties and the Defendants have their primary offices in the District of Columbia.

I acknowledge the jurisdiction of the courts of the District of Columbia over my professional conduct, and I agree to be bound by the District of Columbia Court of Appeals Rules of Professional conduct, in this matter, if I am admitted pro hac vice.  I have not applied for admission pro hac vice in the courts of the District of Columbia in the past calendar year.

Dated:  July 20, 2007

_____
Max Kravitz
mkravitz@kravitzllc.com
KRAVITZ, BROWN & DORTCH, LLC
65 East State Street, Suite 200
Columbus, Ohio  43215
Tel:  614.464.2000
Fax:  614.464.2002