UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DASTECH INTERNATIONAL, INC., et al, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 1:07-CV-1296 (HHK) |
| ) | |
| ALBERTO GONZALES, et al., ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR *PRO HAC VICE* ADMISSION OF JANET KRAVITZ**

I, Amy E. Richardson, a member of the Bar of this Court, hereby move for *pro hac vice* admission of Janet Kravitz, a member of the Bar of Ohio. The attached declaration of Ms. Kravitz sets forth the information required under United States District Court for the District of Columbia Local Rule of Civil Procedure Rule 83.2(d).

Respectfully Submitted,

By: /s/ Amy E. Richardson
Amy E. Richardson, D.C. Bar #472284
HARRIS, WILTSHIRE & GRANNIS LLP
1200 18th Street, N.W.
Suite 1200
Washington, DC 20036
Phone: (202) 730-1300
Fax:    (202) 730-1301

July 23, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DASTECH INTERNATIONAL, INC., et al., | ) |
| Plaintiffs, | ) |
| v. | ) CIV. NO. 1:07-cv-1296 |
| ALBERTO GONZALES, et al., | ) JUDGE KENNEDY |
| Defendants. | ) |

**DECLARATION FOR ADMISSION PRO HAC VICE:
JANET KRAVITZ**

I declare:

(1) That Janet Kravitz, Ohio Supreme Court No. 0038901, Attorney at Law, KRAVITZ, BROWN & DORTCH, LLC, 65 E. State Street, Columbus, Ohio 43215, Tel: 614.464.2000, Fax: 614.464.2002, jkravitz@kravitzllc.com, seeks to appear *pro hac vice* in the above-styled case;

(2) That I am a member in good standing of the bar of the state of Ohio, the United States District Court for the Southern District of Ohio, and the United States District Court for the Northern District of Ohio, and the United States Court of Appeals for the Sixth Circuit;

(3) That I have never been disciplined by any court where I have practiced including the state of Ohio and there are no disciplinary complaints pending against me for violation of the rules of any of the courts, including Ohio;

(4) That I have not applied for admission pro hac vice within the last two years;

(5) That I do not maintain an office located in the District of Columbia; and

(6) That I am associated with Ms. Amy Richardson, D.C. Bar No. 472284, HARRIS WILTSHIRE, 1200 Eighteenth Street, NW, Washington, DC 20036, (202) 730-1329.

CERTIFICATION PURSUANT TO LCvR 83.2(j)

I am personally familiar with the Local Rules of the United States District Court for the District of Columbia.

Dated: July 23, 2007

_____
Janet Kravitz
jkravitz@kravitzllc.com
KRAVITZ, BROWN & DORTCH, LLC
65 East State Street, Suite 200
Columbus, Ohio  43215
Tel:  614.464.2000
Fax:  614.464.2002