```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA

DASTECH INTERNATIONAL, INC., et al.,)
                                    )
        Plaintiffs,                 )
                                    )
    v.                              )Civil Action No. 07-1296 HHK
                                    )
ALBERTO GONZALES, et al.,           )
                                    )
        Defendants.                 )
_____)
```

<u>PRAECIPE</u>

The Clerk will please enter the appearance of Assistant United States Attorney W. Mark Nebeker as counsel for all Defendants in this action.

                                Respectfully submitted,

                                _____
                                W. MARK NEBEKER, DC Bar #396739
                                Assistant United States Attorney
                                Civil Division
                                555 4th Street, N.W.
                                Washington, DC 20530
                                (202) 514-7230

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Praecipe has been made through the Court's electronic transmission system on this 24th day of July, 2007.

                                             W. MARK NEBEKER, DC Bar # 396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230