```
               UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

DASTECH INTERNATIONAL, INC., et al.,)
                                    )
        Plaintiffs,                 )
                                    )
    v.                              )Civil Action No. 07-1296 HHK
                                    )
ALBERTO GONZALES, et al.,           )
                                    )
        Defendants.                 )
                                    )
```

## NOTICE OF FILING

Defendants hereby provide notice of the filing of the attached Affidavit of William J. Salera, which is among the documents that Defendants may rely upon in addressing Plaintiffs' Motion For A Temporary Restraining Order.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that service of the foregoing Notice Of Filing and attachments has been made through the Court's electronic transmission facilities on this 24th day of July, 2007.

 

```
                              _____
                              W. MARK NEBEKER, DC Bar #396739
                              Assistant United States Attorney
                              555 4th Street, N.W.
                              Civil Division
                              Washington, DC  20530
                              (202) 514-7230
```

# AFFIDAVIT

STATE OF NEW JERSEY    )

COUNTY OF ESSEX        )

I, William J. Salera, state the following:

1. I am a Diversion Investigator of the Drug Enforcement Administration (hereinafter "DEA"), currently assigned to the New Jersey Division. I have been a DEA Diversion Investigator for approximately two years. I was previously a Law Enforcement Officer, with the State of Pennsylvania for over 30 years, and in that capacity I was assigned for 8 years with a DEA Task Force involved with over 1,000 Narcotic and controlled substance investigations including cases that involved the manufacturing of methamphetamine. I am currently a member of Diversion Group 2. During the course of my employment with the DEA, I have been involved with at least 2 investigations involving the importation, buying, selling or possession of controlled substances and listed chemicals, which offenses are punishable under the laws of the United States.

2. I make this affidavit in support of a warrant authorizing the United States to seize (3,550) three thousand five hundred fifty kilograms, more or less, of List I Chemicals, identified as Pseudoephedrine and Phenylpropanolamine, and an additional fourteen thousand four hundred kilograms (14,400) more or less, of Red Phosphurous as defined in 21 U.S.C. section 802 (34) (C) presently located at the U.S. Customs Warehouse, Staten Island, New York 10303, HAWK'S EXPRESS, 1000 Frank E. Rodgers Blvd., Harrison, NJ, and the U.S. Customs warehouse located at 888 Doremus Ave. Newark, NJ 07114. The facts set forth below are based on documents from the DEA, DASTECH INTERNATIONAL, INC., U.S. Customs Border

1

Protection, and my own direct observations. I have reviewed the available documents that are relevant to this investigation. Where conversations or statements of others are related herein, they are related in part and in substance. Moreover, because this affidavit is submitted for a limited purpose, I have not set forth all facts that I have learned during the course of this investigation.

3. DASTECH INTERNATIONAL, INC., is a former regulated person under the provisions of the Controlled Substance Act (CSA), as a Listed Chemical Importer and Distributor, DASTECH INTERNATIONAL, INC.,C/O HAWK'S EXPRESS, was assigned DEA registration numbers 001285DNY (Chemical Distributor) and 001277DXR (Chemical Importer) for List I chemicals, and was doing business C/O HAWK'S EXPRESS, 1000 Frank E. Rodgers Blvd., Harrison, New Jersey 07029, on premises further described as a two story warehouse building of masonry construction identified by a sign on the front saying "HAWKS EXPRESS, INC." in an industrial area. That said place of business was a controlled premises within the meaning of 21 U.S.C. § 880(a) and 21 C.F.R. § 1316.02(c) and that said place of business, HAWK'S EXPRESS acted in the capacity as an agent for DASTECH INTERNATIONAL, INC.

4. DASTECH INTERNATIONAL, INC.,C/O HAWK'S EXPRESS, was required to keep complete and accurate records of regulated transactions involving List I chemicals received, sold, delivered, or otherwise disposed of pursuant to 21 U.S.C. § 830 and 21 C.F.R. §§ 1310 and 1313 et seq, at the controlled premises.

5. On April 26, 2007, an arrival notice and invoice listing Container #LCL THPU5077757, for 40 Drums, 25 kg. per drum for a total of 1000 kg. of a List I Chemical, Pseudoephedrine, which is an immediate precursor to the manufacturer of methamphetamine. This pseudoephedrine was imported into the United States by DASTECH INTERNATIONAL, INC., C/O HAWK'S

[handwritten margin notes: "listed the wrong broker, and the [illegible] DEA contro[lled] premises, [illegible] was to [illegible]" and "N/A the shipment was unused and had no [illegible] for the shipment"]

2

EXPRESS. According to the DEA Form 486 Import/Export Declarations, these List I chemicals (Pseudoephedrine and Phenylpropanolamine) were imported from Technoco Co. LTD, 9 fl. No. 1-2 Nanking West Road, Taipei, Taiwan (Pseudoephedrine), San Fu Chemical Co. LTD, 7F No. 21 Chung Shan N. Road Sec 2 Taipei, Taiwan R.O.C. (Phenylpropanolamine) and Kalpataru Chemicals Pvt. LTD, Post BoxNo.17, Krishnagiri Road, Hosur 635 109, Tamilnadu, India (Red Phosphorus). The listed Broker for the Pseudoephedrine and Phenylpropanolamine is J.W. Hampton Jr. 161-15 Rockaway Blvd., Jamaica, N.Y. 11434. The DEA 486 Import Declarations also noted the importer as DASTECH INTERNATIONAL, INC., C/O HAWK'S EXPRESS Inc. 1000 Frank E. Rodgers Blvd., Harrison, New Jersey 07029. HAWK'S EXPRESS is the DEA Registered location for DASTECH INTERNATIONAL, INC., in New Jersey. HAWK'S EXPRESS, was never notified by DASTECH of the arrival of the Forty (40) drums of List I chemicals. These drums were going to be transported to an unregistered location by a trucking company, identified as Tiger Freight International, Inc. 150-30 132nd. Avenue, Ste # 307, Jamaica, New York 11434. This was the Consignee that was listed on the Arrival Notice and Invoice but was never listed on the DEA 486, Import Declaration. Tiger Freight International, Inc. is not a registered premises pursuant to 21 U.S.C. § 830 and 21 C.F.R. §1310 and 1313 et seq and as such is not authorized to store listed chemicals.

6. As a result of this transaction a hold was placed on this import by the D.E.A. and the U.S. Customs Service. The 1000 kg. is being stored at the U.S. Customs Warehouse located at 300 Western Avenue, Staten Island, New York 10303.

7. On April 27, 2007, the undersigned along with other DEA Diversion investigators and DEA Special Agents proceeded to the Customs Warehouse and inspected the 40 Drums of List I Chemicals. The undersigned then collected records pertaining to the importation and destination

3

that these chemicals were to be transported. A review of the available records and other evidence revealed that these drums of Pseudoephedrine and Phenylpropanolamine had been imported contrary to law.

8. On June 6, 2007, the undersigned along with other DEA Diversion investigators proceeded to Sal / Son Trucking located at 888 Doremus Avenue, Newark, New Jersey 07114, to inspect 66 Drums of List I Chemicals identified as Pseudoephedrine and Phenylpropanolamine. The undersigned then collected records pertaining to the importation and destination that these chemicals were to be transported to. A review of the available records and other evidence revealed that these drums had been imported contrary to law. These chemicals consist of 40 drums X 25 kg. for a total of 1000 kg. of Pseudoephedrine and 26 drums X 50 kg. for a total of 1300 kg. of Phenylpropanolamine. The DEA 486 Import Declaration for the Phenylpropanolamine requests [states N.A.] a total of 1,000 kgs, [to be imported N.A.] the actual amount imported was 1,300 kgs. Sal / Son Trucking is not a controlled premises [while N.A.] pursuant to 21 USC § 830 and 21 C.F.R. § 1310 and 1313 et seq and as such is not authorized to store listed chemicals. Additional information supplied by the United States Customs Border Protection (CBP) showed that the Import location, DASTECH INTERNATIONAL, INC., C/O HAWK'S EXPRESS, listed on the DEA 486 Import Declaration was different from the arrival notices filed with Customs. In addition, documents submitted by DASTECH INTERNATIONAL, INC., to the DEA, identified as the Customs Broker of record to be J W Hampton Jr. 161-15 Rockaway Blvd., Jamaica, N.Y. 11434, when in fact the actual broker for these List I Chemical imports was J M Rodgers, 1975 Linden Blvd, Elemont, NY 11003.

9. On June 5, 2007, the undersigned along with other DEA Diversion investigators proceeded to HAWK'S EXPRESS, INC., located at 1000 Frank E. Rodgers Blvd., S., Harrison, New Jersey 07029, to inspect 10 drums of a List I Chemical. The undersigned then collected

4

records pertaining to the importation and destination that these chemicals were to be transported. These chemicals consist of 10 drums X 25 kg. for a total of 250 kg. of Pseudoephedrine. There were no documents at this location that identify the importation or the customer for these 10 drums. HAWK'S EXPRESS is the DEA Registered location for DASTECH INTERNATIONAL, INC in New Jersey and is required by 21 CFR 1310.06, to have all documents pertaining to the importation and distribution of all List I Chemicals. During this investigation the owner of HAWK'S EXPRESS Neil Villacari expressed to the investigators that he did not want to retain the DEA Registrations #001277DXR (Importer) and #001285DNY (Distributor) for DASTECH INTERNATIONAL, INC., further Mr. Villacari stated that his company would no longer act on behalf of DASTECH INTERNATIONAL, INC., as their Registered location for List I Chemicals in the State of New Jersey. At this time Neil Villacari acting as the designated agent for DASTECH INTERNATIONAL, INC in New Jersey, signed two DEA Forms 104C, (Voluntary Surrender of List 1 Chemical Privileges). At this time HAWK'S EXPRESS Inc., is not a controlled premises pursuant to 21 USC § 830 and 21 C.F.R. § 1310 and 1313 et seq and as such is not authorized to store Listed Chemicals.

10. On June 8, 2007, the undersigned along with other DEA Diversion Investigators returned to HAWK'S EXPRESS where they inspected 319 Drums X 45 kg. for a total of 14,355kg. of Red Phosphorous, a List I Chemical. At this time the undersigned put all the above List I Chemicals on hold pending seizure by the DEA and U.S. Marshals Service.

11. DASTECH INTERNATIONAL, INC International, Inc. registered location, HAWK'S EXPRESS, 1000 Frank E. Rodgers Blvd., Harrison, NJ, has advised the DEA, New Jersey Division that they will no longer handle List I Chemicals for DASTECH INTERNATIONAL, INC. Therefore DASTECH INTERNATIONAL, INC International Inc., is no longer permitted to

5

possess, import or distribute List I chemicals at the Harrison, New Jersey location. DASTECH INTERNATIONAL, INC is only permitted to import Red Phosphorous at its 600 Richmond Terrace, Staten Island, New York 10301 location and 7715 South 78th Avenue building #4, Bridgeview, IL 60455.

12. Your affiant submits that based on the foregoing information on DASTECH INTERNATIONAL, INC International, Inc., is no longer permitted to handle List I chemicals. Your affiant also believes the foregoing property that is involved in a violation of Title 21 United States Code § 801 et seq., in that it was imported, exported, distributed, possessed, or otherwise in violation of Chapter 13 of Title 21, and as such is subject to forfeiture to the United States pursuant to the provisions of Title 21 United States Code § 881 (a)(9).

13. Wherefore it is hereby requested that the Court issue a seizure warrant authorizing the Drug Enforcement Administration or other United States agency to seize the defendant property, namely the 40 drums x 25 kgs for a total of 1,000 kgs of List I chemicals located at the U.S. Customs Warehouse, 300 Western Avenue, Staten Island, New York 10303, 40 drums X 25 kg. for a total of 1000 kg. of Pseudoephedrine and 26 drums X 50 kg. for a total of 1300 kg. of Phenylpropanolamine, located at the U.S. Customs warehouse, 888 Doremus Ave, Newark, NJ 07114, and 10 drums X 25 kg. for a total of 250 kg. of Pseudoephedrine and 319 Drums X 45 kg. for a total of 14,355kg. of Red Phosphorous, located at HAWK'S EXPRESS, INC., 1000 Frank E. Rodgers Blvd., S., Harrison, New Jersey 07029 pursuant to Title 21 United States Code Section 881 (a)(9).

Based on the foregoing, I believe that there is probable cause to seize and forfeit the forty (40) drums of List I chemicals from DASTECH INTERNATIONAL, INC International, Inc. pursuant to 21 USC § 881 (a) (9).

*[signature]*
William J. Salera
Diversion Investigator
Drug Enforcement Administration

Sworn to and subscribed in my presence this 21st day of June, 2007

*[signature]*
PATTY SHWARTZ
United States Magistrate Judge

7

# United States District Court
## DISTRICT OF NEW JERSEY

In the Matter of the Seizure of

10 DRUMS X 25 KG. FOR A TOTAL OF 250 KG. OF PSEUDOEPHEDRINE AND 319 DRUMS X 45 KG. FOR A TOTAL OF 14,355KG. OF RED PHOSPHOROUS, LOCATED AT HAWK'S EXPRESS, INC., 1000 FRANK E. RODGERS BLVD., S., HARRISON, NEW JERSEY 07029.

**ORIGINAL FILED**

JUN 21 2007

PATTY SHWARTZ
U.S. MAG. JUDGE

**APPLICATION AND AFFIDAVIT FOR SEIZURE WARRANT**

CASE NUMBER: 07-3091

I, **William J. Salera**, being duly sworn depose and say:

I am a Diversion Investigator with the DRUG ENFORCEMENT ADMINISTRATION and have reason to believe that there is now certain property which is subject to forfeiture to the United States, namely:

10 DRUMS X 25 KG. FOR A TOTAL OF 250 KG. OF PSEUDOEPHEDRINE AND 319 DRUMS X 45 KG. FOR A TOTAL OF 14,355KG. OF RED PHOSPHOROUS, LOCATED AT HAWK'S EXPRESS, INC., 1000 FRANK E. RODGERS BLVD., S., HARRISON, NEW JERSEY 07029.

which is property imported, exported, distributed, possessed, or otherwise in violation of Title 21 United States Code, Section 801, *et seq.* and is subject to forfeiture pursuant to 21 United States Code, Section 881(a)(9). The facts to support a finding of Probable Cause for issuance of a Seizure Warrant are as follows:

Continued on the attached sheet and made a part hereof.   x Yes __ No

_____
Signature of Affiant

Sworn to before me, and subscribed in my presence

at Newark, New Jersey

21 June 2007
Date

_____
Signature of Judicial Officer

Honorable, Patty Shwartz, Magistrate Judge
Name and Title of Judicial Officer

## RETURN

| WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 6/21/07 | 6/21/07 4:30 PM | NEILL VILLAREAL HAWKS EXPRESS |

INVENTORY MADE IN THE PRESENCE OF  NEILL VILLAREAL OWNER HAWKS EXP.
DAVID RODRIGUEZ EVIDENCE TECH DEA

### INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

10 DRUMS × 25 KG. PSEUDOEPHEDRINE (250 KG.)

319 DRUMS × 45 KG. RED PHOSPHOROUS (14,355 KG.)

### CERTIFICATION

I swear that this Inventory is a true and detailed account of the property seized by me on the warrant.

*[signature]*

Subscribed, sworn to, and returned before me this date.

*[signature]*   6/29/07
U.S. Judge or Magistrate   Date

# United States District Court
## DISTRICT OF NEW JERSEY

In the Matter of the Seizure of

40 DRUMS X 25 KG. FOR A TOTAL OF 1000 KG. OF PSEUDOEPHEDRINE AND 26 DRUMS X 50 KG. FOR A TOTAL OF 1300 KG. OF PHENYLPROPANOLAMINE, LOCATED AT THE U.S. CUSTOMS WAREHOUSE, 888 DOREMUS AVE, NEWARK, NJ 07114

ORIGINAL FILED
APPLICATION AND AFFIDAVIT FOR SEIZURE WARRANT

CASE NUMBER: 07-3092
PATTY SHWARTZ
U.S. MAG. JUDGE

I, William J. Salera, being duly sworn depose and say:

I am a Diversion Investigator with the DRUG ENFORCEMENT ADMINISTRATION and have reason to believe that there is now certain property which is subject to forfeiture to the United States, namely:

40 DRUMS X 25 KG. FOR A TOTAL OF 1000 KG. OF PSEUDOEPHEDRINE AND 26 DRUMS X 50 KG. FOR A TOTAL OF 1300 KG. OF PHENYLPROPANOLAMINE, LOCATED AT THE U.S. CUSTOMS WAREHOUSE, 888 DOREMUS AVE, NEWARK, NJ 07114

which is property imported, exported, distributed, possessed, or otherwise in violation of Title 21 United States Code, Section 801, et seq. and is subject to forfeiture pursuant to 21 United States Code, Section 881(a)(9). The facts to support a finding of Probable Cause for issuance of a Seizure Warrant are as follows:

Continued on the attached sheet and made a part hereof.   x Yes __ No

Signature of Affiant

Sworn to before me, and subscribed in my presence

at Newark, New Jersey

21 June 2007
Date

Honorable, Patty Shwartz Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

# RETURN

| WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND |
|---|---|---|
| 6/21/07 | 6/21/07 5:30 PM | [illegible] U.S. [illegible] |

**INVENTORY MADE IN THE PRESENCE OF**

D.F. Tom Popovich  D.I. Tony Rego

**INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT**

40 Drums Pseudoephedrine x 25 kg. (1000 kg.)

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

*[signature: William J. [illegible]]*

Subscribed, sworn to, and returned before me this date.

*[signature]*   6/29/07

U.S. Judge or Magistrate           Date

# United States District Court
## DISTRICT OF NEW JERSEY

In the Matter of the Seizure of

**40 DRUMS x 25 KGS FOR A TOTAL OF 1,000 KGS OF LIST 1 CHEMICALS LOCATED AT THE U.S. CUSTOMS WAREHOUSE, 300 WESTERN AVENUE, STATEN ISLAND, NEW YORK 10303**

**APPLICATION AND AFFIDAVIT FOR SEIZURE WARRANT**

CASE NUMBER: 07-____

ORIGINAL FILED
JUN 2  2007
PATTY SHWARTZ
U.S. MAG. JUDGE

I, **William J. Salera**, being duly sworn depose and say:

I am a Diversion Investigator with the DRUG ENFORCEMENT ADMINISTRATION and have reason to believe that there is now certain property which is subject to forfeiture to the United States, namely:

**40 DRUMS x 25 KGS FOR A TOTAL OF 1,000 KGS OF LIST 1 CHEMICALS LOCATED AT THE U.S. CUSTOMS WAREHOUSE, 300 WESTERN AVENUE, STATEN ISLAND, NEW YORK 10303.**

which is property imported, exported, distributed, possessed, or otherwise in violation of Title 21 United States Code, Section 801, *et seq.* and is subject to forfeiture pursuant to 21 United States Code, Section 881(a)(9). The facts to support a finding of Probable Cause for issuance of a Seizure Warrant are as follows:

Continued on the attached sheet and made a part hereof.   **x** Yes  __ No

_____
Signature of Affiant

Sworn to before me, and subscribed in my presence

at Newark, New Jersey

21 June 2007
Date

Honorable, Patty Shwartz, Magistrate Judge
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 6/21/07 | 6/21/07 5:00 PM | U.S. CUSTOMS |

INVENTORY MADE IN THE PRESENCE OF

DI ANDY BREINER / DI MARY LAFERRIERE

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

40 DRUMS X 25 KG. PSEUDOEPHEDRINE (1000 KG.)

26 DRUMS X 50 KG. PHENYLPROPANOLAMINE (1300 KG.)

### CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

*[signature]*

Subscribed, sworn to, and returned before me this date.

*[signature]* U.S. Judge or Magistrate     6/24/07

**DEPARTMENT OF JUSTICE**
**DRUG ENFORCEMENT ADMINISTRATION**

# FAX TRANSMITTAL SHEET

NOTE: If you have any problems with this transmission (incorrect number of pages/poor quality), call the transmitter and request retransmission.

**NUMBER OF PAGES BEING TRANSMITTED**
(Including this transmittal sheet)

**TRANSMITTED TO**

FAX FTS NO.

FAX COMMERCIAL NO.

NAME: A.U.S.A. MARK NEBEKER

ORGANIZATION: U.S. ATT. OFFICE

BUILDING, ROOM NO., etc.

TELEPHONE/EXTENSION

**TRANSMITTED FROM**

FAX FTS NO.

FAX COMMERCIAL NO. 973-776-1166

DRUG ENFORCEMENT ADMINISTRATION
UNITED STATES DEPARTMENT OF JUSTICE

William J. Salera
Diversion Investigator
New Jersey Division

TELEPHONE/EXTENSION 973-776-1180

60 Mulberry Street
Newark, NJ 07102

Telephone: (973) 776-1180
Fax: (973) 776-1166

**APPROVED BY** (If applicable)

NAME:

**TRANSMITTED BY** (Name):

DATE:

TIME:

DEA Form - 501
(Dec. 1991)