## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DASTECH INTERNATIONAL, INC. ) | |
| *et al.*, ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | Civil Action No. 1:07-CV-00191 |
| ) | (RMU) |
| ) | |
| ABERTO GONZALES, *et al.*, ) | |
| ) | |
| Defendants ) | |
| _____ ) | |

### DECLARATION OF RICHARD TILNEY

I, Richard Tilney, pursuant to 28 U.S.C. § 1746, declare and say:

1.      I am a Group Supervisor in the Office of Diversion, Neward, New Jersey Office, Drug Enforcement Administration.  My responsibilities include the prevention, detection, and investigation of the diversion of listed chemicals and controlled substances from legitimate channels under the Controlled Substances Act.  This includes reviewing DEA Forms 486 (Import/Export Declarations).  I have served in my current capacity at the Newark Office since March 4, 2003, and have been a Diversion Investigator since July 5, 197.  I was hired by DEA as a Diversion Investigator in 1997 and attended the Basic Diversion Investigator School at the DEA Academy in Quantico, Virginia.  I have also received additional training at numerous classes administered both by the DEA and by non-DEA entities between 1974 and present.  These courses familiarized me with matters involving chemical diversion to the illicit manufacture of methamphetamine, and

the adverse environmental impact that results from this process. Prior to my current position, I was a Staff Coordinator for the DEA in the Operations Enforcement Dangerous Drugs and Chemical Section (OED) at DEA Headquarters, Arlington, Virginia. As part of my duties I conduct regulatory investigations involving manufacturers, distributors, pharmacies, practitioners, and other handlers of controlled substances and listed chemicals. I further instructed law enforcement agencies in foreign nations regarding the methods of diversion used by illicit traffickers. Prior to this, I was a Diversion Investigator in the DEA New Jersey Division and was primarily responsible for preventing, detecting and investigating the diversion of controlled substances and listed chemicals from legitimate channels to illicit traffic. I have also provided investigative assistance in criminal and civil actions involving the diversion of imported list I chemicals and chemicals diverted to the illicit market. The primary emphasis of most of these investigations has involved pseudoephedrine (also known as pseudoephedrine HCl), ephedrine, phenylpropanolamine, and red phosphorus products. I have also worked in the regulatory process of List I chemical handlers to include pre-registrant investigations, regulatory investigations, and administrative actions taken against regulated firms.

The following information is based on my personal knowledge and/or information gained in the course of my official duties.


2.    List I chemicals are legitimate chemicals that also may be used in the illicit manufacture of a controlled substance in violation of the Controlled Substances Act, 21 U.S.C. § 802 (34), 21 CFR § 1310.02(a). Ephedrine, pseudoephedrine,

phenylpropanolamine, and red phosphorus are List I chemicals which are commonly used to illegally manufacture methamphetamine, a Schedule II controlled substance. These chemicals have been specifically designated by the Administrator of the Drug Enforcement Administration (DEA Administrator) as four of the listed chemicals subject to the provisions of 21 CFR §§ 1309 and 1313. *See* 21 CFR § 1310.02 (a).

3.      Pursuant to 21 U.S.C. § 971 (c) and 21 CFR § 1313.41 (a), the DEA Administrator has the authority to suspend any importation or exportation of ephedrine, pseudoephedrine, phenylpropanolamine, or red phosphorus based on evidence that the chemical proposed to be imported or exported may be diverted to the clandestine manufacture of a controlled substance.

4.      The United States has implemented a system by which every regulated person who imports a listed chemical is required to notify the DEA Administrator of the importation not later than 15 days before the importation is to take place. *See* 21 CFR § 1313.12 (a). Unless the notice requirement is waived, the regulated person must complete a DEA Form 486 and deliver it to DEA not later than 15 days prior to the importation. *See* 21 U.S.C. § 971 (a); 21 CFR § 1313.12 (b). The DEA Form 486 must include, among other things, name and address information about the chemical importer and/or broker, the name and description of each listed chemical, the amount of chemical to be shipped, the proposed import date, the foreign port of exportation, and the United States Customs Port of Entry. *See* 21 CFR § 1313.13 (c).

5.      Currently, there is no statutory definition of "evidence that the chemical proposed to be imported may be diverted to the clandestine manufacture of a controlled substance." However, through prior adjudication, DEA and the courts have approved the use of a "totality-of-the-circumstances test" to decide whether substantial evidence exists to suspend an importation of List I chemicals. *See PDK Laboratories, Inc. v. United States Drug Enforcement Administration*, 438 F.3d 1184, 1194 (D.C. Cir. 2006); *Indace, Inc., Suspension of Shipments*, 69 Fed. Reg. 67,951, 67,959 (Nov. 22, 2004).

6.      Moreover, the Attorney General considers the following factors to determine whether a regulated person, such as the Plaintiff, shall receive a registration to distribute List I chemicals. *See* 21 U.S.C. § 823 (h) which provides that the "Attorney General shall consider--

(1)      maintenance by the applicant of effective controls against diversion of listed chemicals into other than legitimate channels;

(2)      compliance by the applicant with applicable Federal, State, and local law;

(3)      any prior conviction record of the applicant under Federal or State laws relating to controlled substances or to chemicals controlled under Federal or State law;

(4)      any past experience of the applicant in the manufacture and distribution of chemicals; and

(5)      such other factors as are relevant to and consistent with the public health and safety."

7.      On February 15, 2007, DEA received a completed DEA Form 486 from Dastech International, Inc c/o Hawks Express, Inc., 1000 Frank E. Rodgers Boulevard, Harrison, New Jersey. ("Dastech c/o Hawks"). (Exhibit ("Ex.") 1. On the form, Dastech c/o Hawks declared it intended to import 1000 kilograms of pseudoephedrine HCl to its registered location at 1000 Frank E. Rodgers Boulevard, Harrison, New Jersey. (DEA Control No.: 5046178). Dastech c/o Hawks listed J.W. Hampton Jr., Jamaica, New York, as the United States Customs broker.

This information, however, contradicted information received by the United States Customs Border Protection (CBP), and attached herein as Exhibit 2. According to CBP, the shipment of pseudoephedrine was actually being imported to Vanguard Logistics or NACA Logistics, 300 Middlesex Avenue, Carteret, New Jersey ("Vanguard location"), an unregistered location. Additionally, the actual U.S. Customs Broker was not J.W. Hampton, Jr., but J.M Rodgers. *Id.* Finally, the CBP data showed that the shipment was ultimately destined for Dastech's New York location at 10 Cuttermill Road, Great Neck, New York. ("Dastech New York location"). This is also an unregistered location. *Id.*

The CBP data was further confirmed by Vanguard's own "Arrival Notice and Invoice," attached herein as Exhibit 3. That document also shows the shipment was destined for Vanguard Logistics in Carteret, New Jersey, an unregistered location. Moreover, on May 18, 2007, I contacted Vanguard Logistics and spoke with Yolanda Fullman and Melissa Sansone, Vanguard's Import Manager. Ms. Fullman forwarded copies of the Arrival Notice and Invoice for the shipment listed in DEA 486 (Shipment #

5046178). The document did not identify Dastech c/o Hawk's as being involved with this import. Exhibit 3.

Because both the Vanguard location and the Dastech New York location are not registered locations, a shipment of pseudoephedrine to either location would be in violation of 21 U.S.C. 843 (a)(9), 21 C.F.R. 1309.21, and 21 C.F.R. 1309.23.

8.      On March 28, 2007, DEA received a completed DEA Form 486 from Dastech c/o Hawks for 1000 kilograms of pseudoephedrine HCl. This shipment was imported into the United States along with 1000 kilograms of Phenylpropanolamine, also shipped pursuant to a DEA-486 submitted by Dastech c/o Hawks. A copy of both DEA forms 486 is attached herein as Exhibits 4-4a. Both DEA-486 forms listed the Customs Broker as J.W. Hampton.

Based on information received by DEA, this shipment of phenylpropanolamine and pseudoephedrine was actually scheduled to be shipped to the Dastech New York location, an unregistered location. A copy of the CBP data is attached as Exhibit 5. Moreover, the CBP data shows an actual shipment of 66 drums which includes 40-25 kilogram drums of pseudoephedrine (1000 kg) and 26-50 kilogram drums of phenylpropanolamine (1300 kg). However, the DEA-486 submitted by Dastech c/o Hawks shows a declaration of only 1000 kilograms of phenylpropanolamine, leaving 300 kilograms undeclared.

Additionally, a review of CBP paperwork and information obtained by DEA revealed that both shipments were being handled by Sal/Son Trucking, 888 Doremus Avenue, Newark, New Jersey. This location is also not registered to handle List I chemicals.

9.      The owner of Hawk's Express, Neil Villacari, was asked about the shipments of pseudoephedrine and phenylpropanolamine described in paragraph 8. Mr. Villacari told investigators that he was not involved with these imports and had received no information from Dastech regarding these imports even though his company was listed as the importer.

10.     On April 20, 2007, I contacted J.W. Hampton, Jr. and Company, and spoke to Maureen Shoule about the above listed imports and the fact that her company was listed as the U.S. Customs broker. Ms. Shoule advised that her company was not involved with the above listed imports and had not filed any documents with the U.S. Customs Service for the importation of pseudoephedrine or phenylpropanolamine.

11.     On June 5, 2007, DEA spoke to Neil Villacari, owner of Hawk's Express, and requested documentation pertaining to shipments of pseudoephedrine and phenylpropanolamine to Sal/Son Trucking located at 888 Doremus Avenue, Newark, New Jersey. Mr. Villacari was also asked to provide documentation relating to the shipment of 1000 kilograms of pseudoephedrine (DEA Control No.: 3046178; referred to in Paragraph 7 of this affidavit). Mr. Villacari stated he had no documentation for either shipment.

As a result of allegedly false documentation showing that imports of pseudoephedrine and phenylpropanolamine were being consigned and shipped to Hawk's Express without Mr. Villacarri's prior knowledge, and the fact that the imports were

7

never shipped, and apparently were not intended to be shipped, to Hawk's Express, Mr.

Villacarri told DEA he no longer desired to handle List I chemicals for Dastech.

Accordingly, Mr. Villacari voluntarily surrendered his DEA registration by signing two

DEA Forms 104c. Copies of each signed form are attached herein as Exhibit 6 and 6a.

Mr. Villacarri was not threatened with any action against him in the event he failed to

surrender his DEA registration. Nor were any promises made to Mr. Villacari in

exchange for surrendering the DEA registration.

Prior to surrendering the DEA registration, Mr. Villacari never indicated that he

did not have authority to surrender the registration. Also, up until the filing of this

lawsuit, neither Mr. Villacari nor any other representative or agent of Dastech

complained that the surrender of the DEA registration was invalid or without authority or

apparent authority.

12.    Dastech International, Inc. has previously been cited by DEA for the same

violations listed above. For instance, on June 6, 2002, DEA sent a letter to Ms. Luz

Cazeneuve of Dastech, advising her that Dastech filed DEA forms 486, listing an

unregistered location as the destination of the List I chemicals to be imported. A copy of

the letter is attached herein as Exhibit 7.

13.    Dastech has also been the subject of a previous DEA investigation. Ms.

Luz Cazeneuve was investigated for filling false or fraudulent information with DEA to

obtain an import authorization for 4500 kilograms of pseudoephedrine. The shipment

identified the receiving company as RP Scherer. RP Scherer advised DEA that it had

never ordered any pseudoephedrine from Dastech. As a result, Ms. Cazeneuve was advised that providing false statements or filing fraudulent information when applying for an import authorization could constitute a criminal offense. See 21 U.S.C. 843(a)(4)(A).

14.    On September 24, 2004, DEA's Los Angeles Division conducted a regulatory inspection on Dastech International's registered location, c/o Admiral Transportation, 300 N. Baldwin Park Blvd., City of Industry, California. After being confronted with evidence that Dastech was in violation of state and federal regulations, Admiral surrendered its DEA registration.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that I have read the foregoing declaration and that the same is true and correct.

Richard V. Tilney
Group Supervisor
Office of Diversion Control
New Jersey Division

Executed this 24th day of July, 2007 at Newark, New Jersey.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DASTECH INTERNATIONAL, INC., <u>et</u> <u>al.</u>,)
                                  )
        Plaintiffs,        )
                                  )
     v.                  )Civil Action No. 07-1296 HHK
                                  )
ALBERTO GONZALES, <u>et</u> <u>al.</u>,     )
                                  )
        Defendants.      )
_____)

<u>NOTICE OF FILING</u>

    Defendants hereby provide notice of the filing of the attached Declaration of Richard Tilney, which is among the documents that Defendants may rely upon in addressing Plaintiffs' Motion For A Temporary Restraining Order.

                  Respectfully submitted,


_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney


_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney


_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Notice Of Filing and attachments has been made through the Court's electronic transmission facilities on this 24th day of July, 2007.

_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
555 4th Street, N.W.
Civil Division
Washington, DC  20530
(202) 514-7230

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DASTECH INTERNATIONAL, INC. )
*et al.*,                    )
                Plaintiffs   )
                             )
            v.               )        Civil Action No. 1:07-CV-00191
                             )        (RMU)
                             )
ABERTO GONZALES, *et al.*,   )
                             )
            Defendants       )
_____  )

## <u>DECLARATION OF RICHARD TILNEY</u>

I, Richard Tilney, pursuant to 28 U.S.C. § 1746, declare and say:

1.     I am a Group Supervisor in the Office of Diversion, Neward, New Jersey Office, Drug Enforcement Administration.  My responsibilities include the prevention, detection, and investigation of the diversion of listed chemicals and controlled substances from legitimate channels under the Controlled Substances Act.  This includes reviewing DEA Forms 486 (Import/Export Declarations).  I have served in my current capacity at the Newark Office since March 4, 2003, and have been a Diversion Investigator since July 5, 197.  I was hired by DEA as a Diversion Investigator in 1997 and attended the Basic Diversion Investigator School at the DEA Academy in Quantico, Virginia.  I have also received additional training at numerous classes administered both by the DEA and by non-DEA entities between 1974 and present.  These courses familiarized me with matters involving chemical diversion to the illicit manufacture of methamphetamine, and

the adverse environmental impact that results from this process. Prior to my current position, I was a Staff Coordinator for the DEA in the Operations Enforcement Dangerous Drugs and Chemical Section (OED) at DEA Headquarters, Arlington, Virginia. As part of my duties I conduct regulatory investigations involving manufacturers, distributors, pharmacies, practitioners, and other handlers of controlled substances and listed chemicals. I further instructed law enforcement agencies in foreign nations regarding the methods of diversion used by illicit traffickers. Prior to this, I was a Diversion Investigator in the DEA New Jersey Division and was primarily responsible for preventing, detecting and investigating the diversion of controlled substances and listed chemicals from legitimate channels to illicit traffic. I have also provided investigative assistance in criminal and civil actions involving the diversion of imported list I chemicals and chemicals diverted to the illicit market. The primary emphasis of most of these investigations has involved pseudoephedrine (also known as pseudoephedrine HCl), ephedrine, phenylpropanolamine, and red phosphorus products. I have also worked in the regulatory process of List I chemical handlers to include pre-registrant investigations, regulatory investigations, and administrative actions taken against regulated firms.

The following information is based on my personal knowledge and/or information gained in the course of my official duties.


2.    List I chemicals are legitimate chemicals that also may be used in the illicit manufacture of a controlled substance in violation of the Controlled Substances Act, 21 U.S.C. § 802 (34), 21 CFR § 1310.02(a). Ephedrine, pseudoephedrine,

phenylpropanolamine, and red phosphorus are List I chemicals which are commonly used to illegally manufacture methamphetamine, a Schedule II controlled substance. These chemicals have been specifically designated by the Administrator of the Drug Enforcement Administration (DEA Administrator) as four of the listed chemicals subject to the provisions of 21 CFR §§ 1309 and 1313. *See* 21 CFR § 1310.02 (a).

3.      Pursuant to 21 U.S.C. § 971 (c) and 21 CFR § 1313.41 (a), the DEA Administrator has the authority to suspend any importation or exportation of ephedrine, pseudoephedrine, phenylpropanolamine, or red phosphorus based on evidence that the chemical proposed to be imported or exported may be diverted to the clandestine manufacture of a controlled substance.

4.      The United States has implemented a system by which every regulated person who imports a listed chemical is required to notify the DEA Administrator of the importation not later than 15 days before the importation is to take place. *See* 21 CFR § 1313.12 (a). Unless the notice requirement is waived, the regulated person must complete a DEA Form 486 and deliver it to DEA not later than 15 days prior to the importation. *See* 21 U.S.C. § 971 (a); 21 CFR § 1313.12 (b). The DEA Form 486 must include, among other things, name and address information about the chemical importer and/or broker, the name and description of each listed chemical, the amount of chemical to be shipped, the proposed import date, the foreign port of exportation, and the United States Customs Port of Entry. *See* 21 CFR § 1313.13 (c).

3

5.      Currently, there is no statutory definition of "evidence that the chemical proposed to be imported may be diverted to the clandestine manufacture of a controlled substance." However, through prior adjudication, DEA and the courts have approved the use of a "totality-of-the-circumstances test" to decide whether substantial evidence exists to suspend an importation of List I chemicals. *See PDK Laboratories, Inc. v. United States Drug Enforcement Administration*, 438 F.3d 1184, 1194 (D.C. Cir. 2006); *Indace, Inc., Suspension of Shipments*, 69 Fed. Reg. 67,951, 67,959 (Nov. 22, 2004).

6.      Moreover, the Attorney General considers the following factors to determine whether a regulated person, such as the Plaintiff, shall receive a registration to distribute List I chemicals. *See* 21 U.S.C. § 823 (h) which provides that the "Attorney General shall consider--

(1)      maintenance by the applicant of effective controls against diversion of listed chemicals into other than legitimate channels;

(2)      compliance by the applicant with applicable Federal, State, and local law;

(3)      any prior conviction record of the applicant under Federal or State laws relating to controlled substances or to chemicals controlled under Federal or State law;

(4)      any past experience of the applicant in the manufacture and distribution of chemicals; and

(5)      such other factors as are relevant to and consistent with the public health and safety."

7.      On February 15, 2007, DEA received a completed DEA Form 486 from Dastech International, Inc c/o Hawks Express, Inc., 1000 Frank E. Rodgers Boulevard, Harrison, New Jersey. ("Dastech c/o Hawks"). (Exhibit ("Ex.") 1. On the form, Dastech c/o Hawks declared it intended to import 1000 kilograms of pseudoephedrine HCl to its registered location at 1000 Frank E. Rodgers Boulevard, Harrison, New Jersey. (DEA Control No.: 5046178). Dastech c/o Hawks listed J.W. Hampton Jr., Jamaica, New York, as the United States Customs broker.

This information, however, contradicted information received by the United States Customs Border Protection (CBP), and attached herein as Exhibit 2. According to CBP, the shipment of pseudoephedrine was actually being imported to Vanguard Logistics or NACA Logistics, 300 Middlesex Avenue, Carteret, New Jersey ("Vanguard location"), an unregistered location. Additionally, the actual U.S. Customs Broker was not J.W. Hampton, Jr., but J.M Rodgers. *Id.* Finally, the CBP data showed that the shipment was ultimately destined for Dastech's New York location at 10 Cuttermill Road, Great Neck, New York. ("Dastech New York location"). This is also an unregistered location. *Id.*

The CBP data was further confirmed by Vanguard's own "Arrival Notice and Invoice," attached herein as Exhibit 3. That document also shows the shipment was destined for Vanguard Logistics in Carteret, New Jersey, an unregistered location. Moreover, on May 18, 2007, I contacted Vanguard Logistics and spoke with Yolanda Fullman and Melissa Sansone, Vanguard's Import Manager. Ms. Fullman forwarded copies of the Arrival Notice and Invoice for the shipment listed in DEA 486 (Shipment #

5046178). The document did not identify Dastech c/o Hawk's as being involved with this import. Exhibit 3.

Because both the Vanguard location and the Dastech New York location are not registered locations, a shipment of pseudoephedrine to either location would be in violation of 21 U.S.C. 843 (a)(9), 21 C.F.R. 1309.21, and 21 C.F.R. 1309.23.

8.    On March 28, 2007, DEA received a completed DEA Form 486 from Dastech c/o Hawks for 1000 kilograms of pseudoephedrine HCl. This shipment was imported into the United States along with 1000 kilograms of Phenylpropanolamine, also shipped pursuant to a DEA-486 submitted by Dastech c/o Hawks. A copy of both DEA forms 486 is attached herein as Exhibits 4-4a. Both DEA-486 forms listed the Customs Broker as J.W. Hampton.

Based on information received by DEA, this shipment of phenylpropanolamine and pseudoephedrine was actually scheduled to be shipped to the Dastech New York location, an unregistered location. A copy of the CBP data is attached as Exhibit 5. Moreover, the CBP data shows an actual shipment of 66 drums which includes 40-25 kilogram drums of pseudoephedrine (1000 kg) and 26-50 kilogram drums of phenylpropanolamine (1300 kg). However, the DEA-486 submitted by Dastech c/o Hawks shows a declaration of only 1000 kilograms of phenylpropanolamine, leaving 300 kilograms undeclared.

Additionally, a review of CBP paperwork and information obtained by DEA revealed that both shipments were being handled by Sal/Son Trucking, 888 Doremus Avenue, Newark, New Jersey. This location is also not registered to handle List I chemicals.

6

9.     The owner of Hawk's Express, Neil Villacari, was asked about the
shipments of pseudoephedrine and phenylpropanolamine described in paragraph 8. Mr.
Villacari told investigators that he was not involved with these imports and had received
no information from Dastech regarding these imports even though his company was
listed as the importer.

10.     On April 20, 2007, I contacted J.W. Hampton, Jr. and Company, and
spoke to Maureen Shoule about the above listed imports and the fact that her company
was listed as the U.S. Customs broker. Ms. Shoule advised that her company was not
involved with the above listed imports and had not filed any documents with the U.S.
Customs Service for the importation of pseudoephedrine or phenylpropanolamine.

11.     On June 5, 2007, DEA spoke to Neil Villacari, owner of Hawk's Express,
and requested documentation pertaining to shipments of pseudoephedrine and
phenylpropanolamine to Sal/Son Trucking located at 888 Doremus Avenue, Newark,
New Jersey. Mr. Villacari was also asked to provide documentation relating to the
shipment of 1000 kilograms of pseudoephedrine (DEA Control No.: 3046178; referred to
in Paragraph 7 of this affidavit). Mr. Villacari stated he had no documentation for either
shipment.

As a result of allegedly false documentation showing that imports of
pseudoephedrine and phenylpropanolamine were being consigned and shipped to Hawk's
Express without Mr. Villacarri's prior knowledge, and the fact that the imports were

7

never shipped, and apparently were not intended to be shipped, to Hawk's Express, Mr.

Villacarri told DEA he no longer desired to handle List I chemicals for Dastech.

Accordingly, Mr. Villacari voluntarily surrendered his DEA registration by signing two

DEA Forms 104c. Copies of each signed form are attached herein as Exhibit 6 and 6a.

Mr. Villacarri was not threatened with any action against him in the event he failed to

surrender his DEA registration. Nor were any promises made to Mr. Villacari in

exchange for surrendering the DEA registration.

Prior to surrendering the DEA registration, Mr. Villacari never indicated that he

did not have authority to surrender the registration. Also, up until the filing of this

lawsuit, neither Mr. Villacari nor any other representative or agent of Dastech

complained that the surrender of the DEA registration was invalid or without authority or

apparent authority.

12.    Dastech International, Inc. has previously been cited by DEA for the same

violations listed above. For instance, on June 6, 2002, DEA sent a letter to Ms. Luz

Cazeneuve of Dastech, advising her that Dastech filed DEA forms 486, listing an

unregistered location as the destination of the List I chemicals to be imported. A copy of

the letter is attached herein as Exhibit 7.

13.    Dastech has also been the subject of a previous DEA investigation. Ms.

Luz Cazeneuve was investigated for filling false or fraudulent information with DEA to

obtain an import authorization for 4500 kilograms of pseudoephedrine. The shipment

identified the receiving company as RP Scherer. RP Scherer advised DEA that it had

8

never ordered any pseudoephedrine from Dastech. As a result, Ms. Cazeneuve was advised that providing false statements or filing fraudulent information when applying for an import authorization could constitute a criminal offense. See 21 U.S.C. 843(a)(4)(A).

14.    On September 24, 2004, DEA's Los Angeles Division conducted a regulatory inspection on Dastech International's registered location, c/o Admiral Transportation, 300 N. Baldwin Park Blvd., City of Industry, California. After being confronted with evidence that Dastech was in violation of state and federal regulations, Admiral surrendered its DEA registration.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that I have read the foregoing declaration and that the same is true and correct.

Richard F. Tilney
Group Supervisor
Office of Diversion Control
New Jersey Division

Executed this 24th day of July, 2007 at Newark, New Jersey.

9

02/14/2007  15:32    14667699    GOVERNMENT EXHIBIT    PAGE  04

**U.S. Department of Justice**
Drug Enforcement Administration

**IMPORT/EXPORT DECLARATION**
Precursor and Essential Chemicals

SEE REVERSE FOR INSTRUCTIONS AND PRIVACY ACT.

OMB Approval
No. 1117-0023

| 1. CHECK ONE: | | U.S. CUSTOMS CERTIFICATION |
|---|---|---|
| [✓] IMPORT DECLARATION       [ ] EXPORT DECLARATION | | |

| 1a. IMPORTER/EXPORTER (Name, Address, Telephone No. to include Area Code, Telex No. and where available FAX No.) | 1b. BROKER OR FORWARDING AGENT, IF USED (Name, Address, Telephone No. to include Area Code, Telex No. and where available FAX No.) | Date of Departure/Arrival |
|---|---|---|
| DASTECH INTERNATIONAL, INC. C/O HAWKS EXPRESS INC. 1000 FRANK E. RODGERS BLVD. HARRISON NJ 07029 TEL 973-344-5400 | J.W. HAMPTON JR. (US CUSTOMS BROKER) 161-15 ROCKWAY BOULEVARD JAMAICA, NY 11434 TEL 718-276-0301 | Name of Carrier/Vessel Date of Certification |

1c. I CERTIFY THAT THE 15-DAY ADVANCE NOTICE REQUIREMENT HAS BEEN WAVED    [✓] Check if applicable

Signature of Customs Official

5046178

2. LISTED CHEMICALS TO BE IMPORTED/EXPORTED

| 2a. Name and Description of Chemical appearing on label or container | 2b. Name of Chemical as designated by Title 21 C.F.R. 1310.02 | 2c. Number of containers, size, net weight of each chemical (Kg.) | 2d. Gross Weight of each item (Kg.) |
|---|---|---|---|
| Pseudoephedrine HCL, USP CAS: 345-78-8 LOT: NET WEIGHT: 25KILOS GROSS WEIGHT:27.5 KILOS NDC : NO. 1/UP MADE IN TAIWAN | Pseudoephedrine, HCL | 1000 kilos 40 X 25 KGS DRUM | 1100 KILOS GROSS WEIGHT 40X 27.5 KILO DRUM |
| OUR PURCHASE ORDER # PB-7097 DEA CONTROL #  _____ | CUSTOMER  HI-TECH PHARMACAL CO. INC ORDER NO. 0041429 DATED 2/13/07 | | 2007 FEB 15 AM 7:53 |

| 3a. [✓] FOREIGN  [ ] DOMESTIC PORT OF EXPORTATION (last U.S. Customs Port) AND APPROX. DEPARTURE DATE | 3b. [ ] FOREIGN  [✓] DOMESTIC PORT OF IMPORTATION (first U.S. Customs Port) AND APPROX. ARRIVAL DATE |
|---|---|
| KEELUNG TAIWAN        03/30/2007 | PORT NEWARK, NJ        04/30/07 |

| 4a. MODE OF TRANSPORT; NAME OF VESSEL, CARRIER | 4b. NAME OF ALL INTERMEDIATE CARRIERS |
|---|---|
| OCEAN | N/A |

| 5a. NAME, ADDRESS, TELEPHONE, TELEX, and where available FAX NO. OF FOREIGN CONSIGNEE/CONSIGNOR | 5b. NAME, ADDRESS, TELEPHONE, TELEX, and where available FAX NO. OF ALL INTERMEDIATE CONSIGNEES |
|---|---|
| TECHNOCO CO. LTD. 9 FL. NO. 1-2 NANKING WEST ROAD TAIPEI, TAIWAN | N/A |

| SIGNATURE OF AUTHORIZED INDIVIDUAL ( Print or Type Name below Signature) | DATE | NAME OF FIRM |
|---|---|---|
| LUZ CAZENEUVE | 02/14/2007 | DASTECH INTERNATIONAL, INC. |

DEA Form  — 486
(Jun 1989)

Copy 3

GOVERNMENT
EXHIBIT
2

ATS Hotline (703)

HOME  FIND  CREATE  REPO

**Automated Targeting System**
Import Shipment - Details

**Conveyance:** APLU APL VIETNAM/15  **Mode:** SEA  **ProbCtry:** TW
**SID:** 562357982  **Scores:** TEST1: 0  OCEN4: 41

Bill [M]: APLUHJ0164416/  ArrDt: 04/27/2007  POL: 0  CnstNbr: 0

Carrier: AMERICAN PRESIDENT LINES (APL)
**S:** ORIENTAL LOGISTICS GROUP LIMITED
6F,88,SEC.2,NANKING E RD.,TAIPEI,TA
TAIPEI

**1stBill:** 04/02/07 06:28
**LastBill:** 04/09/07 05:08
**NoEnts:** 0
Qty: 774 W/CS
Weight: 18879 KG
Volume: 53 CM
FanPla: TAOYUAN,CHINA
PortLa: 58309
IBType: 61
IBValu: 0
IBDest:
IBFDes:
PROB:
1R 2Nfy: 9005/
MIBFlg:
IBSCAC:
IBNbr: 950871180
SHBill:
SpcCntr:
HseBill:

**C:** NACA LOGISTICS(USA)INC.
AS AGENT FOR VANGUARD LOGISTICS
SERVICE.300 MIDDLESEX AVE.CARTERET,
NJ07008. ATTN:JACKY TEL:732-969-880
FAX.732 802-4055

**M:** NACA LOGISTICS(USA)INC.
AS AGENT FOR VANGUARD LOGISTICS
SERVICE.300 MIDDLESEX AVE.CARTERET,
NJ07008. ATTN:JACKY TEL:732-969-880

Entry: 941/901  1485 POE: 4601 CreDt: 04/30/2007  RelD

Filer: JM RODGERS CO., INC.
**I:** DASTECH INTL INC
10 CUTTERMILL RD
GREAT NECK, NY 110213201

**S:** DASTECH INTL INC
10 CUTTERMILL RD
GREAT NECK, NY 110213201
**ID:** 13-3032912.00  More...

NoBill:
Quanty: 774
Value: 4046
EntType:
RlsType:
SelType: 2
BndType:Conc
FIRMS: F58?
ActArvl: 04/2
InspNfy:
PosQuot:
PaperIs: E
BRASS:

**L:1** HTS: 2939.90000  **CO:** TW  **M:** TECHNOCO CO., LT
**Desc:** PSEUDOEPHEDRINE AND ITS SALTS
**Upd:** 04/27/2007  **MID:** TWTECCO12TAI  **Val:** 40460

**Containers:**

**Container No.:** TPHU5027757  **No. Bills:** 27  **Seal 1, 2:**
APL8090866, None
**Container Type:** G0  **Equipment Type:** CN  **Service Type:** CY
**Cntr Length (feet):** 40  **Piece Count:** 774
**Cargo Description:**
AUTO PARTS

P/N: 026GA101X GEAR & PINION
ASSY-HYPOID DRIVE

**TEST1OCEN4**  **Rule ID**      **Rule Name/Type**      **Rule Data**

Query  QuickMiner  Related B/E  27 record(s) retrieved.

☐ Hide Zero-Weighted   Rule Findings: 25   Not Shown: 0

Record 1  12 13 14 15 16 of 27

13

VANGUARD LOGISTICS SERVICES

300 Middlesex Ave.
Carteret, NJ 07008
Tel: +1 732-802-0304
Fax: +1 732-802-4055
www.vanguardlogistics.com



GOVERNMENT
EXHIBIT
_3_


logistics services

USYFN Printed: May 18, 2007 09:50
Page 1 of 1

## Arrival Notice & Invoice

**For freight availability, please log on to www.vanguardlogistics.com and click on Freight Availability**

Shipper: T V L CONTAINER LINE LIMITED
3TH FL NO 217 SEC 3
NANKING E.RD. , TAIPEI - R.O.C.

Issue Date: Apr 18, 2007
File No: 1037041217/4
SS Ocean B/L: APLU401644167
House B/L: KELNYC73173
AMS House B/L: **PLS SEE COMMENT**

Consignee: TIGER FREIGHT INTERNATIONAL INC
150-30 132ND AVE., STE#.307
JAMAICA, NY - 11434
Phone: 718 341-3677 /Fax: 718 341-5670
eMail: TIGERFREIGHT@EARTHLINK.NET

Vessel/Voy: APL VIETNAM/0015
Load Port: KAOHSIUNG (TAKAO)
Discharge Port: NEW YORK

ETD: Apr 05, 2007
ETA: Apr 26, 2007

Notify:

Express Release B/L

CFS: NACA LOGISTICS - NEW YORK, F587
300 MIDDLESEX AVENUE
CARTERET, NJ - 07008
Phone: 732-8020304 Fax: 732-8024055

Container:  LCL TPHU5077757 / APL8090866

Comments : **PLS USE SUB HB/L# AS AMS#.**
**AMS#TVLCLNYC7329EU01**
**LOADING FEE IS COLLECTED ON BEHALF OF THE WAREHOUSE.**

| Part | Marks and Nos | Qty Type | Description | KG | CBM |
|------|---------------|----------|-------------|-----|-----|
| | | | | LBS | CFT |
| A-1 | PSEUDOEPHEDRINE HCL. USP-29 | 40 DRUMS | STC PSEUDOPHEDRINE | 1,140.000 | 3.4400 |
| | C.A.S#:345-78-8 | | HYDROCHLORIDE,USP-29 | 2,513.272 | 121.5548 |

## Invoice

Bill To: TIGER FREIGHT INTERNATIONAL INC
150-30 132ND AVE., STE#.307
JAMAICA, NY 11434

Code: 1023756       INV: 1039174151       Date: Apr 18, 2007

| Description | Qty | PER | Rate | CUR | O/S Total | EXCH | Item Total |
|-------------|-----|-----|------|-----|-----------|------|------------|
| FUEL SURCHARGE | MIN | CBM/KG | 10.00 | USD | 10.00 | 1.0000 | 10.00 |
| DAD/WHSE DOC FEE | ——— | FLAT | 55.00 | USD | 55.00 | 1.0000 | 55.00 |
| LOADING | 25.1327 | LBS RATE | 4.15 | USD | 104.30 | 1.0000 | 104.30 |
| Invoice Total | | | | | | USD Due | 169.30 |

**Please include a copy of the Arrival Notice when remitting payment.**       Total USD Due    169.30

ALLOW 24 HRS FOR RELEASE OF CARGO AFTER RECEIPT OF PAYMENT & ORIGINAL B/L. FAX COPIES, CASH, PERSONAL CHECKS
OR CREDIT CARDS ARE NOT ACCEPTED. STORAGE ACCRUED AFTER 4 DAYS OF AVAILABILITY. CARGO SENT TO GENERAL ORDER
(G.O.) 15 DAYS AFTER ARRIVAL IF NOT CUSTOMS CLEARED. ANY ADDL CHARGES WILL BE THE RESPONSIBILITY OF THE IMPORTER

Drug Enforcement Administration

IMPORT/EXPORT DECLARATION
Precursor and Essential Chemicals

| SEE REVERSE FOR INSTRUCTIONS AND PRIVACY ACT. | | OMB Approval No. 1117-0023 |
|---|---|---|

| 1. CHECK ONE: | | |
|---|---|---|
| [✓] IMPORT DECLARATION | [ ] EXPORT DECLARATION | U.S. CUSTOMS CERTIFICATION |

| 1a. IMPORTER/EXPORTER (Name, Address, Telephone No. to include Area Code, Telex No. and where available FAX No.) | 1b. BROKER OR FORWARDING AGENT, IF USED (Name, Address, Telephone No. to include Area Code, Telex No. and where available FAX No.) | |
|---|---|---|
| DASTECH INTERNATIONAL, INC. C/O HAWKS EXPRESS INC. 1000 FRANK E. RODGERS BLVD. HARRISON NJ 07029 TEL 973-344-5400 | J.W. HAMPTON JR. (US CUSTOMS BROKER) 161-15- ROCKWAY BOULEVARD JAMAICA, NY 11434 TEL 718-276-0301 | Date of Departure/Arrival<br><br>Name of Carrier/Vessel<br><br>Date of Certification<br><br>Signature of Customs Official |

1c. I CERTIFY THAT THE 15-DAY ADVANCE NOTICE REQUIREMENT HAS BEEN WAIVED    [✓] Check if applicable

*5047265*

**2. LISTED CHEMICALS TO BE IMPORTED/EXPORTED**

| 2a. Name and Description of Chemical appearing on label or container | 2b. Name of Chemical as designated by Title 21 C.F.R. 1310.02 | 2c. Number of containers, size, net weight of each chemical (Kg.) | 2d. Gross Weight of each item (Kg.) |
|---|---|---|---|
| Pseudoephedrine HCL, USP CAS: 345-78-8 LOT: NET WEIGHT: 25KILOS GROSS WEIGHT:27.5 KILOS NDC : NO. 1/UP MADE IN TAIWAN<br><br>OUR PURCHASE ORDER # PC-7133 DEA CONTROL # : | Pseudoephedrine, HCL<br><br><br><br>CUSTOMER TIME-CAP LABS, INC. ORDER NO. 016982 DATED 03/08/07 | 1000 kilos<br><br>40 X 25 KGS DRUM | 1100 KILOS GROSS WEIGHT 40X 27.5 KILO DRUM |

2007 MAR 28 AM 7:26

GOVERNMENT EXHIBIT 4 p.1

| 3a. [✓] FOREIGN [ ] DOMESTIC PORT OF EXPORTATION (last U.S. Customs Port) AND APPROX. DEPARTURE DATE | 3b. [ ] FOREIGN [✓] DOMESTIC PORT OF IMPORTATION (first U.S. Customs Port) AND APPROX. ARRIVAL DATE |
|---|---|
| KEELUNG, TAIWAN 4/30/2007 | Port Newark, NJ 5/30/2007 |

| 4a. MODE OF TRANSPORT; NAME OF VESSEL, CARRIER | 4b. NAME OF ALL INTERMEDIATE CARRIERS |
|---|---|
| OCEAN | N/A |

| 5a. NAME, ADDRESS, TELEPHONE, TELEX, and where available FAX NO. OF FOREIGN CONSIGNEE/CONSIGNOR | 5b. NAME, ADDRESS, TELEPHONE, TELEX, and where available FAX NO. OF ALL INTERMEDIATE CONSIGNEES |
|---|---|
| TECHNOCO CO. LTD. 9 FL. NO. 1-2 NANKING WEST ROAD TAIPEI, TAIWAN | N/A |

| SIGNATURE OF AUTHORIZED INDIVIDUAL ( Print or Type Name below Signature) | DATE | NAME OF FIRM |
|---|---|---|
| LUZ CAZENEUVE | 03/09/2007 | DASTECH INTERNATIONAL, INC. |

DEA Form — 486
(Jun 1986)

Copy 1

*TELEFAX*

**Cover plus 1 Page(s)**

# DASTECH INTERNATIONAL, INC.

**10 Cutter Mill Road, Great Neck, New York 11021 USA**
**516-466-7676 * FAX: 516-466-7699 * E-MAIL: info@dastech.com**

Macrh 15, 2007

DEA (Drug Enforcement Administration)                **NEW REQUEST**
Attention: Mr. Harry McFadden
Fax # 202-307-4702

Dear Mr. McFadden:

Please advise DEA Control Number for this import shipment. Details as follows:

Product: Pseudoephedrine HCL, USP
Qty.: 1, 000 kilos (25 kgs Drum)

Our Purchase Order # PC-7133

VIA OCEAN
ETD: 4/30/07 (Technoco Co., Ltd., Taipei, Taiwan, R.O.C.)
ETA: 5/30/07 (Port Newark, NJ c/o Hawks Express, Inc.)

DEA CONTROL NUMBER: _____

*2nd Request*
*3/27/07*

Thank you very much for your time, attention and immediate assistance. We remain,

Kindest Regards,

*Ryan Tajonera*
Ryan Tajonera
Dastech International, Inc.

FAXED

**GOVERNMENT EXHIBIT**
4 p. 2

**U.S. Department of Justice**
Drug Enforcement Administration

**IMPORT/EXPORT DECLARATION**
Precursor and Essential Chemicals

### SEE REVERSE FOR INSTRUCTIONS AND PRIVACY ACT.

| | OMB Approval No. 1117-0023 |
|---|---|

| 1. CHECK ONE: | [✓] IMPORT DECLARATION | [ ] EXPORT DECLARATION | **U.S. CUSTOMS CERTIFICATION** |
|---|---|---|---|

| 1a. IMPORTER/EXPORTER (Name, Address, Telephone No. to include Area Code, Telex No, and where available FAX No.) | 1b. BROKER OR FORWARDING AGENT, IF USED (Name, Address, Telephone No. to include Area Code, Telex No. and where available FAX No.) | Date of Departure/Arrival |
|---|---|---|
| DASTECH INTERNATIONAL, INC. c/o HAWKS EXPRESS INC. 1000 FRANK E. RODGERS BLVD. HARRISON NY 07029 TEL 973-344-5400 | J.W. HAMPTON JR. ( US CUSTOM BROKER) 161-15 ROCKWAY BOULEVARD JAMAICA, NY 11434 TEL 718-276-0301 | Name of Carrier/Vessel Date of Certification |

1c. I CERTIFY THAT THE 15-DAY ADVANCE NOTICE REQUIREMENT HAS BEEN WAVED    [✓] Check if applicable

Signature of Customs Official

5047654

### 2. LISTED CHEMICALS TO BE IMPORTED/EXPORTED

| 2a. Name and Description of Chemical appearing on label or container | 2b. Name of Chemical as designated by Title 21 C.F.R. 1310.02 | 2c. Number of containers, size, net weight of each chemical (Kg.) | 2d. Gross Weight of each item (Kg.) |
|---|---|---|---|
| PHENYLPROPANOLAMINE HCL, USP CAS: 154-41-6 LOT: NET WEIGHT: 50 KILOS GROSS WEIGHT:53.5 NDC : 058747-7272 NO. 1/UP MADE IN TAIWAN ROC NOT FOR HUMAN APPLICATION OUR PO # PD-7190 DEA CONTROL # | PHENYLPROPANOLAMINE HCL, USP CUSTOMER: ANDAPHARM 5315 NW 35 TERRACE FORT LAUDERDALE, FL.33309 DEA : RA0325642 TEL: 954-486-7693 ATTN: KATHIE ROCKETT END USE: VETERINARY PRODUCT ONLY. | 1000 KILOS 20X50 KGS DRUM | 1070 x 53.5 kgs drums 53.50 kgs Gross Weight |

2007 APR 10 AM 11:38 RECEIVED

GOVERNMENT EXHIBIT
CARDLS 800-783-6309
4A p.1

| 3a. [✓] FOREIGN [ ] DOMESTIC PORT OF EXPORTATION (last U.S. Customs Port) AND APPROX. DEPARTURE DATE | 3b. [ ] FOREIGN [✓] DOMESTIC PORT OF IMPORTATION (first U.S. Customs Port) AND APPROX. ARRIVAL DATE |
|---|---|
| KEELUNG , TAIWAN    05/01/2007 | NEWARK NJ    05/30/2007 |

| 4a. MODE OF TRANSPORT; NAME OF VESSEL, CARRIER | 4b. NAME OF ALL INTERMEDIATE CARRIERS |
|---|---|
| OCEAN FREIGHT | N/A |

| 5a. NAME, ADDRESS, TELEPHONE, TELEX, and where available FAX NO. OF FOREIGN CONSIGNEE/CONSIGNOR | 6b. NAME, ADDRESS, TELEPHONE, TELEX, and where available FAX NO. OF ALL INTERMEDIATE CONSIGNEES |
|---|---|
| TECHNOCO CO. LTD. 9 FL. NO. 1-2 NANKING WEST ROAD TAIPEI, TAIWAN | N/A |

| SIGNATURE OF AUTHORIZED INDIVIDUAL ( Print or Type Name below Signature) | DATE | NAME OF FIRM |
|---|---|---|
| LUZ CAZENEUVE    TEL 516-466-7676 | 04/10/07 | DASTECH INTERNATIONAL, INC. |

DEA Form — 486 (Jun 1989)

Copy 3

**TELEFAX**

**Cover plus 1 Page(s)**

# DASTECH INTERNATIONAL, INC.

10 Cutter Mill Road, Great Neck, New York 11021 USA
516-466-7676 * FAX: 516-466-7699 * E-MAIL: info@dastech.com

April 10, 2007

DEA (Drug Enforcement Administration)          <u>**NEW REQUEST**</u>
Attention: Mr. Harry McFadden
Fax # 202-307-4702

Dear Mr. McFadden:

Please advise DEA Control Number for this import shipment. Details as follows:

Product: Phenylpropanolamine HCL, USP
Qty.: 1, 000 kilos (50 kgs Drum)

Our Purchase Order # PD-7190

VIA OCEAN
ETD: 5/01/07 (Technoco Co., Ltd., Taipei, Taiwan, R.O.C.)
ETA: 5/30/07 (Port Newark, NJ c/o Hawks Express, Inc.)

DEA CONTROL NUMBER: <u>5047654</u>

> **GOVERNMENT EXHIBIT**
> 4A p. 2

Thank you very much for your time, attention and immediate assistance. We remain,

Kindest Regards,

*Ryan Tajonera*
Ryan Tajonera
Dastech International, Inc.

Bill [N]: TVLCLNYIC7503EU01  ArrDt: 05/18/2007  PQu: 1001
CnstNbr: 0

**S:** TECHNOCO CO., LTD. 
9 FL, NO.1-2 NANJING WEST RD.
TAIPEI
TAIWAN

Carrier: T V L CONTAINER LINE

**C:** DASTECH INTERNATIONAL, INC.
10 CUTTER MILL RD.,
GREAT NECK NY 11021
USA

**N:** DASTECH INTERNATIONAL, INC.
10 CUTTER MILL RD.,
GREAT NECK NY 11021
USA

LstBill: 05/07/07 03:16
LastBill: 05/07/07 03:16
NoEnts: 0
Qty:   66 DRM
Weight:
Volume:
FgnPlc: KEELUNG CHINA
PortLa: 58309
IBType:
IBValu: 0
IBDest:
IBFDes:
PTPPort:
FROB: N
1&2Nfy: APLU/
MIBFlg:
IBSCAC:
IBNbr:
SHBill:
SpcChr:
HseBill:

Entry: / POE: 1001 CreDt:

# No Entry Data

**Containers: 1**

Container No.: TTNU5643878  No. Bills: 17  Seal 1, 2:
APL8090904, None.

Container Type: None  Equipment Type: AC  Service Type: PP

Cntr Length (feet): 0

Cargo Description:                          **Piece Count: 66**

PSEUDOEPHEDRINE, USP-29;
PSEUDOEPHEDRINE HYDROCHLORIDE, USP-29;
MESH 1 - USP-29 WITH 90% IN PASS THRU 200 MESH

Marks & Numbers:
NO MARKS

*Pseudo / PPA*

*Current Shipment*

ATTACHMENT

GOVERNMENT
EXHIBIT
5



GOVERNMENT
EXHIBIT
6 p. 1

U. S. Department of Justice - Drug Enforcement Administration

**VOLUNTARY SURRENDER OF LIST I
CHEMICAL PRIVILEGES**

DEA USE ONLY

File No. *C3-07-2072*

After being fully advised of my rights, and understanding that I am not required to surrender my List I chemical privileges, I freely execute this document and choose to take the actions described herein.

☐ In view of my alleged failure to comply with the Federal requirements pertaining to List I chemicals, and as an indication of my good faith in desiring to remedy any incorrect or unlawful practices on my part;

☑ In view of my desire to terminate handling of all List I chemicals.

☐ In view of my desire to terminate handling of List I chemicals that are identified by chemical code(s) _____ _____ _____ ;

I hereby voluntarily surrender my Drug Enforcement Administration (DEA) Domestic Chemical Diversion Control Registration Certificate, and shall seek authority and instructions to dispose of the List I chemicals obtained under the authority of that registration. Further, I agree and consent that this document shall be authority for the Administrator of the Drug Enforcement Administration to terminate and revoke my registration without an order to show cause, a hearing, or any other proceedings. If not all List I chemical privileges are surrendered, I will retain my chemical registration which will be limited to chemical code (s)

_____ _____ _____ .

I waive refund of any payments made by me in connection with my registration.

I understand that I will not be permitted to manufacture, distribute, import, or engage in any other List I chemical(s) activities whatever that require registration with the DEA until such time as I am again properly registered.

| NAME OF REGISTRANT *(Print)* | ADDRESS OF REGISTRANT |
|---|---|
| *O'NEILL VILLACARI* | Hawks Express Inc.<br>1000 Frank E. Rodgers Blvd. S.<br>Harrison, New Jersey 07029 |
| DEA REGISTRATION NO.<br>001277DRX (Importer) | |
| SIGNATURE OF REGISTRANT OR AUTHORIZED INDIVIDUAL<br>*O'Neill Villacari* | DATE<br>*6-5-07* |

**WITNESSES:**

| NAME AND DATE | TITLE |
|---|---|
| William J. Salera | Diversion Investigator |
| Richard J. Tilney | Group Supervisor |

**PRIVACY ACT**

AUTHORITY:   Section 301 of the Controlled Substances Act of 1970 (PL 91-513).
PURPOSE:     Permit voluntary surrender of List I chemicals.
ROUTINE USES: The Controlled Substances Act Registration Records produces special reports as required for statistical
analytical purposes. Disclosures of information from this system are made to the following categories of users for
the purposes stated:
A. Other Federal law enforcement and regulatory agencies for law enforcement and regulatory purposes.
B. State and local law enforcement and regulatory agencies for law enforcement and regulatory purposes.
C. Persons registered under the Controlled Substances Act (Public Law 91-513) for the purpose of verifying
the registration of customers and practitioners.
EFFECT:     Failure to provide the information will have no effect on the individual.

FORM DEA-104c (12-02)                                    Electronic Form Version Designed in JetForm 5.2 Version

GOVERNMENT
EXHIBIT

6 p. 2

DASTECH INTERNATIONAL INC
C/O HAWKS EXPRESS INC.,
1000 FRANK E. ROGERS BLVD.
HARRISON, NJ  07029-0000-000

IllulullluullldludllulludlludludlludllulllltuI

---

**DOMESTIC CHEMICAL DIVERSION CONTROL REGISTRATION CERTIFICATE**
UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON D.C. 20537



| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
|---|---|---|
| 001277DRX | 06-30-2008 | PAID |

| BUSINESS ACTIVITY | ISSUE DATE |
|---|---|
| CHEMICAL IMPORTER | 05-03-2007 |

DASTECH INTERNATIONAL INC
C/O HAWKS EXPRESS INC.,
1000 FRANK E. ROGERS BLVD.
HARRISON, NJ  07029-0000

Sections 304 and 1008 (21 USC 824 and 958) of the Controlled Substances Act of 1970, as amended, provide that the Attorney General may revoke or suspend a registration to manufacture, distribute, import or export a List 1 chemical.

THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, OR BUSINESS ACTIVITY,
AND IT IS NOT VALID AFTER THE EXPIRATION DATE.

Form DEA-511 (4/07)

| DEA REGISTRATION NUMBER | EXPIRES | FEE PAID | | CONTROLLED SUBSTANCE/REGULATED CHEMICAL |
|---|---|---|---|---|
| 001277DRX | 06-30-2008 | PAID | | REGISTRATION CERTIFICATE |

| SCHEDULES | BUSINESS ACTIVITY | ISSUE DATE |
|---|---|---|
| | CHEMICAL IMPORTER | 05-03-2007 |

UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON D.C. 20537

DASTECH INTERNATIONAL INC
C/O HAWKS EXPRESS INC.,
1000 FRANK E. ROGERS BLVD.
HARRISON, NJ 07029-0000

Sections 304 and 1008 (21 USC 824 and 958) of the
Controlled Substances Act of 1970, as amended, provide
that the Attorney General may revoke or suspend a
registration to manufacture, distribute, dispense, import or
export a controlled substance.

THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF
OWNERSHIP, CONTROL, LOCATION, OR BUSINESS ACTIVITY,
AND IT IS NOT VALID AFTER THE EXPIRATION DATE.

Form DEA-223/511 (4/07)

**REPORT**

**CHANGES**

**PROMPTLY**

REQUESTING MODIFICATIONS TO YOUR
REGISTRATION CERTIFICATE

To request a change to your registered name, address, the drug
schedule or the drug codes you handle, please

1. visit our web site at deadiversion.usdoj.gov  - or
2. call our customer Service Center at 1-(800) 882-9539  - or
3. submit your change(s) in writing to:
   **Drug Enforcement Administration**
   **P.O. Box 28083**
   **Washington, DC 20083**

See Title 21 Code of Federal Regulations, Section 1301.51
for complete instructions.

You have been registered to handle the following chemical/drug codes:

25,6795,8112,8113

GOVERNMENT EXHIBIT

6 p.3

CANNELS 800-783-5399

GOVERNMENT
EXHIBIT
6A

CAUDELL 800-783-6876

U. S. Department of Justice - Drug Enforcement Administration

**VOLUNTARY SURRENDER OF LIST I CHEMICAL PRIVILEGES**

DEA USE ONLY

File No. C3 - 07 - 2072

After being fully advised of my rights, and understanding that I am not required to surrender my List I chemical privileges, I freely execute this document and choose to take the actions described herein.

☐ In view of my alleged failure to comply with the Federal requirements pertaining to List I chemicals, and as an indication of my good faith in desiring to remedy any incorrect or unlawful practices on my part;

☑ In view of my desire to terminate handling of all List I chemicals.

☐ In view of my desire to terminate handling of List I chemicals that are identified by chemical code(s) _____ _____ _____ ;

I hereby voluntarily surrender my Drug Enforcement Administration (DEA) Domestic Chemical Diversion Control Registration Certificate, and shall seek authority and instructions to dispose of the List I chemicals obtained under the authority of that registration. Further, I agree and consent that this document shall be authority for the Administrator of the Drug Enforcement Administration to terminate and revoke my registration without an order to show cause, a hearing, or any other proceedings. If not all List I chemical privileges are surrendered, I will retain my chemical registration which will be limited to chemical code (s)

_____ _____ _____ .

I waive refund of any payments made by me in connection with my registration.

I understand that I will not be permitted to manufacture, distribute, import, or engage in any other List I chemical(s) activities whatever that require registration with the DEA until such time as I am again properly registered.

| NAME OF REGISTRANT (Print) | ADDRESS OF REGISTRANT |
|---|---|
| O'Neill Villacari | Hawks Express Inc.
1000 Frank E. Rodgers Blvd. S.
Harrison, New Jersey 07029 |
| DEA REGISTRATION NO.
001285DNY (Distributor) | |
| SIGNATURE OF REGISTRANT OR AUTHORIZED INDIVIDUAL
O'Neill Villacari | DATE
6-5-07 |

**WITNESSES:**

| NAME AND DATE | TITLE |
|---|---|
| William J. Salera | Diversion Investigator |
| Richard J. Tilney | Group Supervisor |

**PRIVACY ACT**

**AUTHORITY:** Section 301 of the Controlled Substances Act of 1970 (PL 91-513).
**PURPOSE:** Permit voluntary surrender of List I chemicals.
**ROUTINE USES:** The Controlled Substances Act Registration Records produces special reports as required for statistical analytical purposes. Disclosures of information from this system are made to the following categories of users for the purposes stated:
    A. Other Federal law enforcement and regulatory agencies for law enforcement and regulatory purposes.
    B. State and local law enforcement and regulatory agencies for law enforcement and regulatory purposes.
    C. Persons registered under the Controlled Substances Act (Public Law 91-513) for the purpose of verifying the registration of customers and practitioners.
**EFFECT:** Failure to provide the information will have no effect on the individual.

FORM DEA-104c (12-02)                                          Electronic Form Version Designed in JetForm 5.2 Version

| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
|---|---|---|
| 001285DNY | 06-30-2008 | PAID |

| SCHEDULES | BUSINESS ACTIVITY | ISSUE DATE |
|---|---|---|
| | CHEMICAL DISTRIBUTOR | 05-03-2007 |

DASTECH INDUSTRIES, LTD
C/O HAWKS EXPRESS INC.,
1000 FRANK E. ROGERS BLVD.
HARRISON, NJ 07029-0000

CONTROLLED SUBSTANCE/REGULATED CHEMICAL
REGISTRATION CERTIFICATE
UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON D.C. 20537

Sections 304 and 1008 (21 USC 824 and 958) of the Controlled Substances Act of 1970, as amended, provide that the Attorney General may revoke or suspend a registration to manufacture, distribute, dispense, import or export a controlled substance.

**THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, OR BUSINESS ACTIVITY, AND IT IS NOT VALID AFTER THE EXPIRATION DATE.**

Form DEA-223/511 (4/07)

**REPORT**

**CHANGES**

**PROMPTLY**

REQUESTING MODIFICATIONS TO YOUR
REGISTRATION CERTIFICATE

To request a change to your registered name, address, the drug schedule or the drug codes you handle, please

1. visit our web site at deadiversion.usdoj.gov - or
2. call our customer Service Center at 1-(800) 882-9539 - or
3. submit your change(s) in writing to:
   **Drug Enforcement Administration**
   **P.O. Box 28083**
   **Washington, DC 20083**

See Title 21 Code of Federal Regulations, Section 1301.51 for complete instructions.

You have been registered to handle the following chemical/drug codes:

225,6795,8112,8113

U.S. Department of Justice

Drug Enforcement Administration

**ATTACHM**
GOVERNMENT
EXHIBIT

7 p. 1

Washington, D.C.  20537

JUN 0 6 2002

Ms. Luz Cazeneuve
Import Manager
Dastech International, Inc.
10 Cutter Mill Road
Great Neck, New York  11021

Dear Ms. Cazeneuve:

Reference is made to your telephone conversation on April 4, 2002, with Staff Coordinator (S/C) Michele Herron.  Your firm was identified as having imported pseudoephedrine, a List I chemical five times between January 10, and March 20, 2002.  A review of the Import Declarations (DEA Form 486) revealed that the forms were completed incorrectly, listing an unregistered location, failing to differentiate between your four importer locations and failing to identify in each instance, the chemical importer in block 1a, in accordance with Title 21, Code of Federal Regulations (21 CFR), Section 1313.13(c)(1).

1.  Please insure that each incorrectly submitted DEA Form 486 is corrected in your files, listing the name of the importer, address, telephone number, and facsimile number in block 1a, as required by 21 CFR § 1313.13(c)(1).

2.  As agreed during your conversation with S/C Herron, please provide the amended DEA Forms 486 with the incorrect address lined out, and the correct registered location entered in an adjacent blank area on the form.  Mail the corrected copies to:  DEA Headquarters, Attn:  Lisa Edelen, Data Processing and Analysis Unit, Chemical Control Section (ODIA), 2401 Jefferson-Davis Highway, Alexandria, VA 22301.

3.  You are reminded, if you have not already done so, to advise the DEA Special Agents in Charge (SAC) of the following divisional offices by registered or certified mail, return receipt requested, of your intention to maintain records for List I chemicals at a single central location, pursuant to Title 21 CFR §1310.04(c):

   a.  SAC, DEA Los Angeles Division, 255 East Temple Street, 20th Floor, Los Angeles, California 90012 (Dastech International, Inc., 300 North Baldwin Boulevard, City of Industry, California 91748, DEA# K35407502J).

Ms. Luz Cazeneuve



Page Two

b.  SAC, DEA Newark Division, 80 Mulberry Street, 2nd Floor, Newark, New Jersey 07102 (Dastech International, Inc., c/o Hawks Express Inc., 1000 Frank E. Rogers Boulevard, Harrison, New Jersey 07029, DEA# 001277DRX).

c.  SAC, DEA Chicago Division, Kluczynski Federal Building, 230 South Dearborn Street, Suite 1200, Chicago, Illinois 60604 (Dastech International, Inc., 7715 South 78th Avenue, Building #4, Bridgeview, Illinois 60455, DEA #K35407503J).

This letter is a formal notification that your failure to maintain adequate records for listed chemicals constitutes violations of the Controlled Substances Act. At this time, in accordance with Title 5, United States Code, Section 558(c), you are being afforded the opportunity to demonstrate or achieve compliance with all lawful requirements outlined within this letter. Please advise this office in writing within thirty days of the actions taken or planned to correct these violations.

Please direct any questions regarding this matter to S/C Herron, at (202) 307-8641, or Frank E. Moreno, Chief, Data Processing and Analysis Unit, Chemical Control Section, at (202) 307-7191.

Sincerely,

Laura M. Nagel

Laura M. Nagel
Deputy Assistant Administrator
Office of Diversion Control

Enclosures

cc: DEA Chicago Division
    Attn: G/S Demetra Ashley

    DEA Newark Division
    Attn: G/S Luke Braxton

    DEA Los Angeles Division
    Attn: G/S Alora Willis