```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

DASTECH INTERNATIONAL, INC., et al.,)
                                    )
         Plaintiffs,                )
                                    )
    v.                              )Civil Action No. 07-1296 HHK
                                    )
ALBERTO GONZALES, et al.,           )
                                    )
         Defendants.                )
                                    )
```

DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME,
AND MEMORANDUM IN SUPPORT THEREOF

Defendants move, pursuant to Fed. R. Civ. P. 6(b)(1), for a one-week enlargement of time to respond to plaintiff's motion for preliminary injunction in this action up to and including August 10, 2007. Defendants have agreed that they will not attempt to argue that Plaintiffs' acquiescence to this additional week should be seen as evidence of any lack of irreparable injury to Plaintiffs. Defendants, however, reserve the right to challenge the irreparable injury element otherwise. Plaintiffs, through counsel, Max Kravitz, Esq., have indicated that they do not oppose this motion.

This enlargement is sought because the Assistant United States Attorney assigned primary responsibility in this matter has been working with an agency attorney in completing the needed filing, and also working toward resolution of at least one of the issues that the Agency learned about after the filing of the instant action. The parties are attempting to resolve that issue and possibly others without the need to further involve the

Court.  They therefore propose that the Court extend the dates for further briefing on the motion for preliminary injunction by one week for each party.  This will also accommodate the busy schedule that the undersigned AUSA has recently undertaken, including several depositions this week.

WHEREFORE, for the reasons identified above, defendants move for an enlargement of time.  A proposed order consistent with this motion is attached.

                                    Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Defendants' Unopposed Motion For Enlargement Of Time, And Memorandum In Support Thereof and a proposed order has been made through the Court's electronic transmission facilities on this on this 3rd day of August, 2007.

_____
W. MARK NEBEKER, D.C. Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230

```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA

DASTECH INTERNATIONAL, INC., et al.,)
                                    )
        Plaintiffs,                 )
                                    )
   v.                               )Civil Action No. 07-1296 HHK
                                    )
ALBERTO GONZALES, et al.,           )
                                    )
        Defendants.                 )
_____)
```

                                ORDER

   Upon consideration of Defendants' Unopposed Motion For Enlargement Of Time, And Memorandum In Support Thereof, and the entire record herein, the Court is of the opinion and finds that the motion should be granted.  Accordingly, it is this _____ day of _____, 2007,

   ORDERED that Defendants' Unopposed Motion For Enlargement Of Time be and hereby is GRANTED; and it is

   FURTHER ORDERED that the time by which the defendant may file a response to plaintiff's motion for preliminary injunction in this action be and is hereby enlarged up to and including August 10, 2007; and Plaintiffs may file any reply on or before August 15, 2007.


                              _____
                              UNITED STATES DISTRICT JUDGE