## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DASTECH INTERNATIONAL, INC., et al, ) ) Plaintiffs, ) ) v. ) ) ALBERTO GONZALES, et al., ) ) ) Defendants. ) | CIV. NO. 1:07-CV-1296 (HHK) |

### PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME AND MEMORANDUM IN SUPPORT

Plaintiffs move, pursuant to Federal Rule of Civil Procedure 6(b)(1), for an enlargement of time to reply to Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction in this action.

This enlargement is sought because lead counsel Max Kravitz passed away on the evening of Sunday, August 12, 2007. Janet Kravitz, the other lead counsel in this matter, is Mr. Kravitz's law partner and spouse. The government, through Assistant United States Attorney Mark Lebeker, has consented to a one-month extension.

Accordingly, Plaintiffs request that that the deadline by which they may file a reply to the Defendants' Opposition to Plaintiffs' Motion for a Preliminary Injunction be extended to September 5, 2007.

Respectfully submitted,

*/s/ Amy E. Richardson*
Amy E. Richardson, DC Bar # 472284
Harris, Wiltshire & Grannis LLP
1200 18th Street, NW
Washington, DC 20010
Tel: 202-730-1300
Fax: 202-730-1301


Janet Kravitz
jkravitz@kravitzllc.com
KRAVITZ, BROWN & DORTCH, LLC
65 East State Street, Suite 200
Columbus, Ohio  43215
Tel:  614.464.2000
Fax:  614.464.2002


Attorneys for Plaintiff
Dastech International, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DASTECH INTERNATIONAL, INC., et al, | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | ) CIV. NO. 1:07-CV-1296 (HHK) <br> ) |
| ALBERTO GONZALES, et al., | ) <br> ) <br> ) |
| Defendants. | ) |

**[PROPOSED ORDER] GRANTING PLAINTIFFS' UNOPPOSED
MOTION FOR ENLARGEMENT OF TIME**

Upon consideration of the Motion of Plaintiffs Dastech International, Inc. and Dastech Industries, Ltd. (collectively "Plaintiffs"),

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Enlargement of Time is **GRANTED**; and it is

**FURTHER ORDERED** that the deadline for Plaintiffs reply to Defendants' Opposition to Plaintiffs' Motion is extended to September 5, 2007.

Dated: August ___, 2007.

_____
United States District Court Judge