UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

DASTECH INTERNATIONAL, INC., et al,   )
                                      )
        Plaintiffs,              )
                                      )
  v.                                  )   CIV. NO. 1:07-CV-1296 (HHK)
                                      )
ALBERTO GONZALES, et al.,             )
                                      )
        Defendants.              )
_____)

**PLAINTIFFS' SECOND UNOPPOSED MOTION FOR**
**ENLARGEMENT OF TIME AND MEMORANDUM IN SUPPORT**

    Plaintiffs move, pursuant to Federal Rule of Civil Procedure 6(b)(1), for second enlargement of time to reply to Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction.

    This enlargement is sought because lead counsel Max Kravitz passed away on the evening of Sunday, August 12, 2007. Janet Kravitz, the other lead counsel in this matter, is Mr. Kravitz's law partner and spouse. The government, through Assistant United States Attorney Mark Nebeker, has consented to a one –month extension through September 15, 2007. Plaintiffs Reply was due by August 15, 2007. They have previously requested an enlargement of time through September 5, 2007. (Docket # 17).

1

Plaintiff is working diligently to obtain affidavits from individuals in response to the allegations set forth in Investigators Tilney and Salera's affidavits, which were filed subsequent to the filing of Plaintiff's Motion for a Preliminary Injunction.

In addition, the allegations contained in the Investigators' affidavits and the Government's Response necessitate a thorough review of U.S. Customs and Border Protection regulations in regard to the status of a container freight station.

Furthermore, Defendant has asserted in its Response that the relief requested by Plaintiff is moot as a result of the DEA's initiation of an administrative forfeiture action. Plaintiff strongly disagrees and requests additional time to adequately respond to Defendant's mootness argument.

Accordingly, Plaintiffs request that the deadline by which they may file a reply to the Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction be extended to Monday, September 17, 2007.

Respectfully submitted,

/s/Janet Kravitz
Janet Kravitz
jkravitz@kravitzllc.com
KRAVITZ, BROWN & DORTCH, LLC
65 East State Street, Suite 200
Columbus, Ohio  43215
Tel:  614.464.2000
Fax:  614.464.2002

3

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of Plaintiffs' Second Unopposed Motion for Enlargement of Time and Memorandum in Support was served on each of the Defendants, as well as the United States Attorney for the District of Columbia and electronically filed on this 4th day of September, 2007.

                                           /s/ Janet Kravitz
                                           JANET KRAVITZ