**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DASTECH INTERNATIONAL, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ALBERTO GONZALES, *et al.*,<br><br>Defendants. | ) )<br>) )<br>) )<br>) )<br>) )<br>) )<br>) )     **Civil Action 07-01296 (HHK)**<br>) )<br>) )<br>) )<br>) )<br>) ) |

EXHIBIT 8

# VANGUARD LOGISTICS SERVICES

300 Middlesex Ave.
Carteret, NJ 07008
Tel: +1 732-802-0304
Fax: +1 732-802-4055
www.vanguardlogistics.com





## Arrival Notice & Invoice

### For freight availability, please log on to www.vanguardlogistics.com and click on Freight Availability

**Shipper:** T V L CONTAINER LINE LIMITED
3TH FL NO 217 SEC 3
NANKING E.RD. , TAIPEI - R.O.C.

Issue Date: Apr 18, 2007
File No: 1037041217/4
SS Ocean B/L: APLU401644167
House B/L: KELNYC73173
AMS House B/L: PLS SEE COMMENT

**Consignee:** TIGER FREIGHT INTERNATIONAL INC
150-30 132ND AVE., STE#.307
JAMAICA, NY - 11434
Phone: 718 341-3677 /Fax: 718 341-5670
eMail: TIGERFREIGHT@EARTHLINK.NET

Vessel/Voy: APL VIETNAM/0015
Load Port: KAOHSIUNG (TAKAO)
Discharge Port: NEW YORK

ETD: Apr 05, 2007
ETA: Apr 26, 2007

**Notify:**

Express Release B/L

**CFS:** NACA LOGISTICS - NEW YORK, F557
300 MIDDLESEX AVENUE
CARTERET, NJ - 07008
Phone: 732-8020304 Fax: 732-8024055

**Container:** LCL TPHU5077757 / APL8090866

**Comments :** PLS USE SUB HB/L# AS AMS#.
AMS#TVLCLNYC7329EU01
LOADING FEE IS COLLECTED ON BEHALF OF THE WAREHOUSE.

| Part | Marks and Nos | Qty Type | Description | KG<br>LBS | CBM<br>CFT |
|---|---|---|---|---|---|
| A-1 | PSEUDOEPHEDRINE HCL. USP-29<br>C.A.S#:345-78-8 | 40 DRUMS | STC PSEUDOPHEDRINE<br>HYDROCHLORIDE,USP-29 | 1,140.000<br>2,513.272 | 3.4400<br>121.5548 |

## Invoice

**Bill To:** TIGER FREIGHT INTERNATIONAL INC
150-30 132ND AVE., STE#.307
JAMAICA, NY 11434

Code: 1023758

INV: 1039174151

Date: Apr 18, 2007

| Description | Qty | PER | Rate | CUR | O/S Total | EXCH | Item Total |
|---|---|---|---|---|---|---|---|
| FUEL SURCHARGE | MIN | CBM/KG | 10.00 | USD | 10.00 | 1.0000 | 10.00 |
| DAD/WHSE DOC FEE | ——— | FLAT | 55.00 | USD | 55.00 | 1.0000 | 55.00 |
| LOADING | 25.1327 | LBS RATE | 4.15 | USD | 104.30 | 1.0000 | 104.30 |

Invoice
Total
USD Due 169.30

**Please include a copy of the Arrival Notice when remitting payment.**  Total USD Due 169.30

ALLOW 24 HRS FOR RELEASE OF CARGO AFTER RECEIPT OF PAYMENT & ORIGINAL B/L. FAX COPIES, CASH, PERSONAL CHECKS
OR CREDIT CARDS ARE NOT ACCEPTED. STORAGE ACCRUED AFTER 4 DAYS OF AVAILABILITY. CARGO SENT TO GENERAL ORDER
(G.O.) 15 DAYS AFTER ARRIVAL IF NOT CUSTOMS CLEARED. ANY ADDL CHARGES WILL BE THE RESPONSIBILITY OF THE IMPORTER