UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DASTECH INTERNATIONAL, INC., *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ALBERTO GONZALES, *et al.*, ) <br> ) <br> Defendants. ) | **Civil Action 07-01296 (HHK)** |

EXHIBIT 15

05/25/2007 17:40 7183415670 TIGER FREIGHT PAGE 01/01



# TIGER FREIGHT INTERNATIONAL INC.

150-30 132ND AVE. SUITE 307
JAMAICA NY 11434

**Original**

E-MAIL: tiffany@tigerfreightusa.com  Tel:718-341-3677  Fax:718-341-5670  E-MAIL: anniewu@tigerfreightusa.com

## ARRIVAL NOTICE / FREIGHT INVOICE

**Revised**

DASTECH INTERNATIONAL, INC.
10 CUTTER MILL ROAD,
GREAT NECK, NY 11021

Tel: 516-466-7676  Fax: 516-466-7699
To: LUZ / AD                [DASTINTE ]

Consignee: DASTECH INTERNATIONAL, INC.
Tel: 516-466-7676  Fax: 516-466-7699
To: LUZ / AD

| Field | Value |
|---|---|
| Scac code: | |
| Contract No. | |
| Invoice No. /Date | OS18052    04/18/07 |
| Customer Ref. | |
| Ref. No. | OI07040261-2 |
| HB/L No. | LNYC7329EU01 |
| Sub HB/L No. | |
| Shipper: | TECHNOCO CO., LTD. |
| Broker/Notify | J M RODGEGS CUSTOMS BROKE |
| Telephone | 516-872-5570  Fax: 516-872-5589 |
| Attention | STEPHANIE/JESSICA |

| Field | Value | Field | Value |
|---|---|---|---|
| Feeder_vsl / voy. | | Place of Receipt | |
| Port of Loading | KEELUNG TAIWAN | Loading Date | 04/05/07 |
| Vessel Name / voy | APL VIETNAM V.015E | Ocean B/L No. | APLU401644167 |
| | | A.M.S. No. | TVLCLNYC7329EU01 |
| Port of Discharge | NEW YORK NY | Discharge Date | 04/26/07 |
| Port of Destination | NEW YORK NY | ETA Date | 04/26/07 |
| Place of Delivery | | ETA Date | / /   4:59  KEITH |
| Cargo Location | NACA LOGISTICS USA INC. | Telephone /Fax | 732-802-4000   732-802-4055/0 |
| Facility code | F587 | | CUSTOM'S DAD REQUIRED |
| IT Number | on  / / | at | |

| MARKS & NOS. | DESCRIPTIONS | CONTAINER NO. |
|---|---|---|
| PSEUDOEPHEDRINE CHL, USP-29<br>C.A.S. #:345-78-8<br>LOT NO:70202<br>NET WEIGHT :25.0 KGS<br>GROSS WEIGHT :28.5 KGS<br>MADE IN TAIWAN | 40 DRUMS PSEUDOEPHEDRINE HYDROCHLORIDE, USP - 29<br><br><br><br><br>FREIGHT PREPAID | 07-146<br><br>MAY 29<br>TPHU5077757 /LCL / |

PCS: 40 DRUMS                CFS/CFS        WT: 1140.00 KGS  2513.24 LBS
Prepared by: ANNIE           CBM: 3.440     FREIGHT PREPAID: $ 0.00

---

1. Only money order or broker check are acceptable.
2. Freight can be released only upon receipt of charges shown below or properly endorsed original Bill of Lading.
3. Please allow at least 24 to 48 hours from the time that Tiger Freight receives your payment and/or original Bill of Lading for process freight release.
4. Please arrange pick up your shipment asap to avoid additional charges from warehouse.

**NO ORIGINAL BILL OF LADING REQUIRED!**
**Please make check payable to:**
**TIGER FREIGHT INTERNATIONAL INC.**

| | |
|---|---|
| IMPORT SERVICE CHARGE | 65.00 |
| WHSE IN / OUT | 169.30 |
| EXAM CHARGE | 276.15 |



REVISED
5-25-07

Total balance $276.15 —

Total :  $ 510.45