```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

DASTECH INTERNATIONAL, INC., et al.,)
                                    )
        Plaintiffs,                 )
                                    )
   v.                               )Civil Action No. 07-1296 HHK
                                    )
ALBERTO GONZALES, et al.,           )
                                    )
        Defendants.                 )
                                    )
```

### DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME, AND MEMORANDUM IN SUPPORT THEREOF

Defendants move, pursuant to Fed. R. Civ. P. 6(b)(1), for an enlargement of time to respond to plaintiffs' complaint in this action up to and including October 10, 2007. Plaintiffs, through counsel, Janet Kravitz, Esq., have indicated that they do not oppose this motion.

This enlargement is sought because the Assistant United States Attorney ("AUSA") assigned primary responsibility in this matter has been working with an agency attorney in completing the needed filing, but has not yet had sufficient time to complete the filing. Counsel has been involved in discovery in several other cases, including one that was recently reassigned to him from another AUSA who has departed the Civil Division. His responsibilities in those and other cases will not permit a response to the complaint in this action in advance of October 10, 2007.

WHEREFORE, for the reasons identified above, defendants move for an enlargement of time. A proposed order consistent with this motion is attached.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney


_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney


_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Defendants' Unopposed Motion For Enlargement Of Time, And Memorandum In Support Thereof and a proposed order has been made through the Court's electronic transmission facilities on this on this 19th day of September, 2007.

                                                _____
                                                W. MARK NEBEKER, D.C. Bar #396739
                                                Assistant United States Attorney
                                                Civil Division
                                                555 4th Street, N.W.
                                                Washington, DC  20530
                                                (202) 514-7230

```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA

DASTECH INTERNATIONAL, INC., et al.,)
                                    )
         Plaintiffs,                )
                                    )
   v.                               )Civil Action No. 07-1296 HHK
                                    )
ALBERTO GONZALES, et al.,           )
                                    )
         Defendants.                )
_____)
```

ORDER

Upon consideration of Defendants' Unopposed Motion For Enlargement Of Time, And Memorandum In Support Thereof, and the entire record herein, the Court is of the opinion and finds that the motion should be granted.  Accordingly, it is this _____ day of _____, 2007,

ORDERED that Defendants' Unopposed Motion For Enlargement Of Time be and hereby is GRANTED; and it is

FURTHER ORDERED that the time by which the defendant may file a response to plaintiffs' complaint in this action be and is hereby enlarged up to and including October 10, 2007.

```
                              _____
                              UNITED STATES DISTRICT JUDGE
```

copies to:

W. MARK NEBEKER
Assistant U.S. Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530

JANET KRAVITZ, ESQ.
65 East State Street, Suite 200
Columbus, Ohio  43215

AMY RICHARDSON, ESQ.
Harris, Wiltshire & Grannis
1200 18th Street, N.W.
Washington, DC  20010