UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DASTECH INTERNATIONAL, INC., *et al.*,

    Plaintiffs,

v.

PETER D. KEISLER, *et al.*,

    Defendants.

Civil Action 07-01296 (HHK)

### NOTICE OF ERRATA TO PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER OR FOR SUMMARY JUDGMENT

Plaintiffs Dastech International, Inc. and Dastech Industries, Ltd. notify the Court and all parties that Plaintiffs' "Memorandum Of Points And Authorities In Opposition To Defendants' Motion To Dismiss Or, In The Alternative, To Transfer Or For Summary Judgment" and Plaintiffs' "Statement of Disputed Material Facts" were inadvertently filed as two separate filings rather than as one as is required by the Clerk of Courts. Plaintiffs therefore submit their "Memorandum Of Points And Authorities In Opposition To Defendants' Motion To Dismiss Or, In The Alternative, To Transfer Or For Summary Judgment" as one filing with the "Statement of Disputed Material Facts" as an attachment to that filing. Plaintiffs apologize for any confusion this inadvertent errors might have caused.

Dated: <u>October 19, 2007</u>

                                    Respectfully submitted,

                                    <u>/s/ Janet Kravitz</u>  
                                    Janet Kravitz (pro hac vice)  
                                    KRAVITZ, BROWN & DORTCH, LLC  
                                    65 East State Street, Suite 200  
                                    Columbus, Ohio  43215  
                                    Tel:  614.464.2000  
                                    Fax:  614.464.2002  
                                    jkravitz@kravitzllc.com

                                    <u>/s/ Amy Richardson</u>  
                                    Amy Richardson  
                                    Harris, Wiltshire & Grannis, LLP  
                                    1200 Eighteenth Street, NW, Suite 1200  
                                    Washington DC 20036  
                                    Tel: 202.730.1329  
                                    Fax: 202.730.1301

                                    Attorneys for Plaintiffs  
                                    Dastech International, Inc. and Dastech  
                                    Industries, Ltd.

## **CERTIFICATE OF SERVICE**

    I hereby certify that on October 19, 2007, a copy of the foregoing pleading was served on each of the defendants, as well as the United States Attorney for the District of Columbia.

                                    /s/ Janet Kravitz
                                    Janet Kravitz