UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DASTECH INTERNATIONAL, INC., et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>PETER D. KEISLER,<br>     Acting Attorney General of the United States, et al.,<br><br>          Defendants. | Civil Action 07-01296 (HHK) |

**ORDER**

Before the court is the motion of defendants to dismiss or, in the alternative, to transfer or for summary judgment (#24). Upon consideration of the motion, plaintiff's opposition thereto, and the record of this case, the court concludes that this action should be transferred to the District of New Jersey. This action will be transferred to New Jersey, pursuant to 28 U.S.C. §1404(a), because New Jersey is where the actions and omissions giving rise to the complaint took place and most if not all of the pertinent witnesses and documents are located.

Accordingly, it is this 10th day of November, 2007, hereby

**ORDERED** that the clerk of the court shall effect the **TRANSFER** of ths action to the District of New Jersey.

                                          Henry H. Kennedy, Jr.
                                          United States District Judge